**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

**CLERK'S COURT MINUTES**

PRESIDING: HONORABLE Robert W. Pratt
Case No. 4:13-cr-147 : Court Reporter: Kelli Mulcahy
: Interpreter:
: Civil Matters Video Recorded: ☐

Plaintiff(s) : Defendant(s)

UNITED STATES OF AMERICA : MO YUN

Plaintiff(s) Counsel: Jason Griess

Defendant(s) Counsel: Leon Spies, Ariel Neuman

Issues before the Court: status conference
Motion(s) for Ruling: Ruling / Ruling Reserved

Proceedings:

Counsel for both sides present in chambers to discuss transport issues pertaining to Defendant and how case will proceed once Defendant arrives in S.D. Iowa. Gov't request to appeal (Clerk's No. 63) is now moot in light of parties' agreement regarding transport. Magistrate judge will conduct initial appearance per ordinary procedure once Defendant arrives in district. Detention hearing will be held before Judge Pratt next week (to be scheduled).

Time Start: 10:35
Time End: 11:00
Date: 7-9-14

Nova D. Janssen, law clerk
Deputy Clerk