**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

LI SHAOMING, ET AL,

Defendant(s).

No. 4:13-CR-00147-RP-CFB

**MOTION FOR ADMISSION PRO HAC VICE**

Terry W. Bird, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of defendant Mo Yun. Terry W. Bird states that he is a member in good standing of the State Bar of California and of the United States District Court for the Central District of California, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Terry W. Bird further states his pro hac vice admission on behalf of the defendant in this case is authorized by LR 83.1.d.2.

July 9, 2014

*/s/ Terry W. Bird*

Terry W. Bird
Bird Marella Boxer Wolpert Nessim
Drooks Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: (310) 201-2100
Fax: (310) 201-2110
E-mail: twb@birdmarella.com