United States District Court
Southern District of Iowa

Presiding: Honorable ROSS A. WALTERS
AUSA: Jason T Griess
Number: 4:13-cr-147
UNITED STATES OF AMERICA
vs.
MO YUN

Defense Counsel: Gary Lincenberg
Court Reporter: FTR Gold
Interpreter: Karis Chi
☑ Indictment ☐ Information
☐ Complaint ☐ Warrant
Code Violation/Offense:
THEFT OF TRADE SECRETS 18:1832(a)(5)
Conspiracy to Steal Trade Secrets (1)

Date: July 10, 2014
Time Start: 2:53pm Time End: 3:11pm

INITIAL APPEARANCE

Defendant Advised of Rights: ☑ ;
to ☑ Retain counsel; ☐ Have CJA appointed counsel; ☐ Have FPD appointed
☐ Preliminary ☐ Removal Hearing ☐ Arraignment
scheduled for:

ARRAIGNMENT

Advised of charges/maximum penalties: ☑ ; Plea of not guilty entered
Indicted in True Name: ☑ ; as to count(s): 1
True Name: ; Accepted: ☑
Reading of Indictment Waived: ☑ ; Rule 16 material by: 7/24/14
Trial scheduled for: 12/1/14 ; Reciprocal discovery by:
Motion to continue trial ddl: 11/17/14 ; Pretrial motions by: 9/15/14
; Plea notification deadline: 11/17/14

BOND

Bond previously set: $ ; Bond set: $ ;
Motions for detention: ☐ ; Detention hearing set: ;
☐ Bond Continued ☐ Deft. Committed

Minutes:

Defendant appeared with retained counsel Gary Lincenberg. Karis Chi is not court certified to interpret, but will interpret. 2:58 Arraignment began. Court orders defendant to remain on Conditions of Release.

/s/ D. Vogel
Deputy Clerk