**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

**CLERK'S COURT MINUTES**

PRESIDING: HONORABLE Robert W. Pratt

Case No. 4:13-cr-147 : Court Reporter: Terri Martin
: Interpreter: Chak Lau
: Civil Matters Video Recorded: ☐

| Plaintiff(s) | Defendant(s) |
| --- | --- |
| UNITED STATES OF AMERICA | MO YUN |

Plaintiff(s) Counsel: Jason Griess

Defendant(s) Counsel: Leon Spies, Ariel Neuman, Terry Bird

Issues before the Court: detention hearing

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
| --- | --- | --- |
| Mot. for Pretrial Release with Conditions (#83) | | X |

Proceedings:

Def. present with counsel. Interpreter sworn. Gov't presents evidence in support of detention. Parties make argument. Defendant continued on present conditions. Court will issue ruling shortly.

Time Start: 10:00 am
Time End: 12:05 pm
Date: 7-17-2014

Nova D. Janssen, law clerk
Deputy Clerk