IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:13-cr-00147 |
| v. | ) | |
| LI SHAOMING et al., | ) | Appearance |
| Defendant(s). | ) | |

COMES NOW, Assistant United States Attorney, Maureen McGuire, and hereby enters her appearance as counsel for the United States of America in the above-entitled case.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: *_/s/Maureen McGuire_*

Maureen McGuire
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9354
Fax: (515) 473-9292
Email: maureen.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

________U.S. Mail _____ Fax_____Hand Delivery__X__ECF/Electronic filing___Other means

UNITED STATES ATTORNEY
By: *_/s/ K. Ramirez_*
Paralegal Specialist