Book 2014 Page 8485

Document 8485 Type NOTIC Pages 2
Date 7/07/2014 Time 8:37 AM
Rec Amt $12.00

MTG
PCRF
BKRF
ODD
D/C

Chad Airhart, Recorder
Dallas County IOWA

PREPARER AND RETURN ADDRESS:

Nicholas A. Klinefeldt
United States Attorney

Maureen McGuire
Assistant United States Attorney
U.S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LI SHAOMING,<br>MO HAILONG, also known as Robert Mo,<br>WANG LEI,<br>WANG HONGWEI,<br>YE JIAN,<br>LIN YONG, and<br>MO YUN,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>NOTICE OF LIS PENDENS |

Notice is hereby given that a Superseding Indictment was returned by a federal grand jury and filed by the United States of America in the United States District Court for the Southern District of Iowa on the 2nd day of July, 2014, and is now pending in this Court, involving the potential forfeiture of real property described as follows:

a. Real property located at the Northwest corner of 298th Place and Amarillo Avenue near Redfield, Iowa, more specifically: Parcel "A" of Northwest quarter (NW ¼ ) of the Southeast Quarter (SE ¼) of Section Thirty-one (31), Township Seventy-nine (79)North, Range Twenty-nine (29) West of the 5th P.M., Dallas County, Iowa, as shown on the Plat of Survey recorded in Book 2008 on Page 4696.

The Superseding Indictment alleges there is probable cause to believe that the above property constituted or was derived from proceeds and/or was used, or intended to be used, to commit or to promote the commission of violations of 18 U.S.C. §1832.

All right, title and interest in the subject real property vested in the United States upon commission of the acts giving rise to forfeiture under 18 U.S.C. § 1834.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: Maureen McGuire
Maureen McGuire, Assistant U.S. Attorney

Subscribed and Sworn to before me, this 2nd day of July, 2014.

Notary Public, State of Iowa

NOTARIAL SEAL IOWA
FRANK L. MORANO JR.
Commission Number 726377
My Commission Expires
January 14, 2016



Book 2014 Page 8485
2 of 2