IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, LIN YONG, and MO YUN<br><br>Defendants. | ) | Case No. 4:13-CR-147<br><br>DEFENDANTS' JOINT MOTION TO EXTEND DEADLINES PENDING STATUS CONFERENCE (UNRESISTED) |

Defendant Mo Hailong, by his undersigned counsel, moves this Court for an order extending certain pretrial deadlines pending the status conference in this matter scheduled for September 25, 2014. In support of his motion, Mr. Mo states as follows:

1. Mr. Mo and his sister Mo Yun ("Defendants") are charged with a single count of conspiracy to steal trade secrets in violation of 18 U.S.C. § 1832(a)(5). Their trial is set to commence December 1, 2014. *See* Doc. 51 (Text Order Setting Trial for Mo Hailong); Doc. 80 (Text Order Setting Trial for Mo Yun).

2. This Court has set a status conference for September 25, 2014 to consider various trial scheduling and other pretrial matters. Certain deadlines are looming in the case, however, and the Defendants wish to address them before the upcoming status conference.

3. Specifically, pretrial motions for both Defendants are currently due to be filed on September 15, 2014. *See* Doc. 51, Doc. 80. In addition, Mo Hailong has reciprocal discovery due August 15, 2014. *See* Doc. 51. Although his Text Order Setting Trial does not reflect this, at the last status conference in Mo Hailong's case, this Court also set a deadline of August 15, 2014 to file a motion for bill of particulars. *See* Doc. 50 (Clerk's Court Minutes, April 30, 2014).

4. This case is extremely complex, and discovery is still ongoing. Accordingly, Mr. Mo wishes to take the deadlines off of the calendar until the status conference, at which time the deadlines can be reset to times that are consistent with discovery and other events in the case. Defendant Mo Yun has no objection to Mr. Mo's request to extend the motion deadlines; however, because of facts and circumstances unique to her case, she reserves the right to file and seek rulings on certain pre-trial motions on a more expedited schedule with an eye towards keeping her December 1, 2014 trial date. Specifically, in the coming weeks Ms. Mo will likely file a motion for a Bill of Particulars, a motion for severance, and possibly other substantive pre-trial motions, with the hope of having them heard either at the September 25th status conference or shortly thereafter at the Court's earliest convenience.

5. On behalf of both Defendants, counsel for Mo Hailong has contacted the prosecutor, and the Government does not resist the extension of deadlines requested in this motion. Counsel for Mo Yun similarly informed the Government of its plans for motion practice described above.

WHEREFORE, Defendant Mo Hailong prays this Court for an order continuing indefinitely the motion and reciprocal discovery deadlines described above, with new deadlines to be set at the status conference to be held on September 25, 2014.

WEINHARDT & LOGAN, P.C.

By ______________________
Mark E. Weinhardt AT0008280
Holly M. Logan AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
hlogan@weinhardtlogan.com

LAW OFFICE OF MARK BECK

By ______________________
Mark Beck (Admitted pro hac vice)
350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com

ATTORNEYS FOR MO HAILONG, ALSO KNOWN AS ROBERT MO

MELLON & SPIES

By ______________________
Leon F. Spies AT0007456

312 E. College Street, Suite 216
Iowa City, IA 52240
Telephone: (319) 337-4193
Email: spieslegal@aol.com

BIRD MARELLA BOXER WOLPERT NESSIM BROOKS LINCENBERG & RHOW, P. C.

By: ______________________
Terry W. Bird (admitted pro hac vice)
Gary S. Lincenberg (admitted pro hac vice)
Peter J. Shakow (admitted pro hac vice)
Karis A. Chi (admitted pro hac vice)
Ariel A. Neuman (admitted pro hac vice)

1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: TWB@birdmarella.com
gsl@birdmarella.com
pjs@birdmarella.com
kac@birdmarella.com
aan@birdmarella.com

ATTORNEYS FOR MO YUN

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on 8/15, 2014, by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ☒ CM / ECF

Jason T. Griess
U.S. Attorney's Office
jason.griess2@usdoj.gov

Signature: M. Baldus