This event contained no paper or electronic document