IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING, *et al.*<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**DEFENDANT MO YUN'S MOTION FOR A BILL OF PARTICULARS; CONCURRENTLY FILED BRIEF IN SUPPORT** |

Defendant Mo Yun ("Ms. Mo"), by and through her counsel of record and pursuant to Federal Rule of Criminal Procedure 7(f), respectfully moves this Court for an order requiring the Government to issue a bill of particulars providing the information set forth below and in the concurrently filed Brief in Support, or as the Court may direct in its discretion. This motion is based upon this notice, the concurrently filed Brief in Support, the files and records in this case, any evidence and argument that may be presented at a hearing on this matter, and upon such other material of which the Court may take notice.

Specifically, Ms. Mo requests that the Court order the government to provide a bill of particulars that sets forth with specificity the following information:

- The specific seeds purported to have been misappropriated by Ms. Mo and/or her alleged co-conspirators, identified by company (Monsanto, Pioneer, etc.), model number and year developed.
- The specific aspect of each seed that is alleged to have been a trade secret (or that the defendants are alleged to have believed was a trade secret).
- Whether the particular seeds at issue were inbred, hybrid, and/or genetically modified.

- The specific locations, including the address, owner, and other identifying information, from which the co-conspirators are alleged to have acquired the seeds in question, whether it was a growing field, seed store, or other source.

- The dates of each alleged misappropriation of seeds.

- The specific security measures purported to have been in place at those locations at the time of the alleged misappropriation.

DATED: August 28, 2014

Respectfully submitted,

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *<u>/s/ Terry W. Bird</u>*
Terry W. Bird
Gary S. Lincenberg
Peter J. Shakow
Ariel A. Neuman

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: twb@birdmarella.com
Email: gsl@birdmarella.com
Email: pjs@birdmarella.com
Email: aan@birdmarella.com

**MELLON & SPIES, ATTORNEYS**

By: *<u>/s/ Leon F. Spies</u>*
Leon F. Spies

312 E. College Street, Suite 216
Iowa City, Iowa 52240
Phone 319-337-4193
Fax 319-337-2396
Email: Spieslegal@aol.com

ATTORNEYS FOR DEFENDANT MO YUN