IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING, *et al.*<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**DEFENDANT MO YUN'S MOTION TO SEVER AND PROCEED TO TRIAL ON OR ABOUT DECEMBER 1, 2014; CONCURRENTLY FILED BRIEF IN SUPPORT; EXHIBITS** |

Defendant Mo Yun, by and through her counsel of record and pursuant to Federal Rule of Criminal Procedure 14, respectfully moves this Court for an order severing her from her co-defendants so that she can proceed to trial on or about December 1, 2014. This motion is based upon this notice, the concurrently filed Brief in Support and exhibits, the files and records in this case, any evidence and argument that may be presented at a hearing on this matter, and upon such other material of which the Court may take notice.

DATED: August 28, 2014

Respectfully submitted,

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: /s/ Terry W. Bird
Terry W. Bird
Gary S. Lincenberg
Peter J. Shakow
Ariel A. Neuman

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: twb@birdmarella.com
Email: gsl@birdmarella.com
Email: pjs@birdmarella.com
Email: aan@birdmarella.com

**MELLON & SPIES, ATTORNEYS**

By: /s/ Leon F. Spies
Leon F. Spies

312 E. College Street, Suite 216
Iowa City, Iowa 52240
Phone 319-337-4193
Fax 319-337-2396
Email: Spieslegal@aol.com

ATTORNEYS FOR DEFENDANT MO YUN