# EXHIBIT A

# Interrogation and Arrest

FD-302 (Rev. 5-8-10)

**OFFICIAL RECORD**
Document participants have digitally signed
All signatures have been verified by a
certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/21/2014

MO Yun, (Asian Female, DOB ███████, Chinese Passport ███████), was interviewed at the Los Angeles International Airport (LAX) by Uniformed CBP Officer Gerome Esguerra, Plainclothes Supervisory CBP Officer Edward Becerril, and FBI SA Mark Betten.

### INTERVIEW OF MO IN GATE AREA OF LAX

MO was initially approached by CBP Officer Esguerra only at approximately 12:10 p.m. while she was sitting in the gate area with her two children, ███████ (boy age 12) and ███████ (girl age 5), for Air China flight 988 at LAX. Officer Esguerra asked MO if she was "MO Yun" and she replied she was.  Officer Esguerra asked if he could talk to her a moment and if she would be willing to answer some questions regarding her visa information she previously provided.  MO stood up to speak with Officer Esguerra while holding her daughter.  MO held her daughter with her during the entire interview and the daughter was frequently interfering with MO's ability to speak by squeezing MO's cheeks, putting her hand over MO's mouth, etc. which at times made it difficult to hear MO's answers clearly. Officer Becerril and SA Betten were several yards away yet close enough to overhear the initial conversation.

SA Betten had activated a recording device when Officer Esguerra was approaching MO, but due to background noise in the airport and the distance SA Betten was from the interview, the first several seconds of the interview were not heard on the recording.  Officer Becerril took the recording device and joined Officer Esguerra in the interview so the recording device was close enough to capture the interview.  SA Betten remained several feet away but close enough to overhear the interview. Also in the immediate vicinity, but not appearing to be part of the interview, was an FBI contract Mandarin linguist in the event MO stated she did not speak English or stated she did not understand any of the questions.  The Mandarin translator was not utilized during the interview in the gate area.  (See files DSCN0020 and DSCN0021 for a detailed summary (not verbatim) of this portion of the interview):

### DSCN 0020: Approximately 12 Noon, Gate Area at LAX

Investigation on  07/01/2014  at  Los Angeles, California, United States (In Person)

File #  284G-OM-54446                          Date drafted  07/03/2014

by  BETTEN MARK E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on
7/1/14                                                  , On 07/01/2014 , Page 2 of 21

SA Betten: This is Special Agent Betten.  The date is July 1st, 2014 I'm at
LAX airport.  The time is approximately 12 noon pacific time.  The
following is a consensual interview with MO Yun.  The file number is
284G-OM-54446.  The CBP Officer conducting the interview is CBP Officer
Esguerra.

[Agent note: The remaining approximate 3 minutes is background noise only.
The recorder was deactivated when MO was not observed in the gate area.]

**DSCN 0021, July 1, 2014 approximately 12:10 p.m., Gate Area at LAX**

SA Betten: The date is 7/1/2014 approximately 12:10 p.m. consensual
interview with MO Yun at LAX airport.

[Agent note: Officer Esguerra approached MO approximately 10 seconds prior
to the transcript below starts]

**Officer Esguerra:**...We would like to verify...last week when you came in
right?

**MO:** Yea.

**Officer Becerril:**...last week right?  We just have some questions we need
to ask you, OK?

**MO:** OK

**Officer Esguerra:** We want to verify if everything here in your application
is correct.

**Officer Becerril:** For your visa...when you applied for your visa.

**MO:** Oh my visa.

**Officer Esguerra:** Yes, remember?

**Officer Becerril:** You speak English--a little bit?

**MO:** Uh huh.. [Agent note: MO nodded affirmatively]

**Officer Esguerra:** Let me first...do you still work for DBN?

**MO:** No..I used to.

**Officer Esguerra:** Used to?

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of     Interview and arrest of MO Yun at LAX on
7/1/14                                                    , On  07/01/2014 , Page  3 of 21

**MO:** UI

**Officer Esguerra:** Oh..when did you work there?

**MO:** Uh, when I have my.. (UI)…2002…2002…umh to 2009.

**Officer Esguerra:** Oh, OK.  So it's been awhile-awhile back.

**MO:** Yea yea yea.

**Officer Esguerra:** OK

**MO:** I have my (UI) daughter so I just need to leave DBN.

**Officer Esguerra:** OK…Just two kids?

**MO:** (laughs) Yea.

**Officer Esguerra:** Alright. Also, and you're the sister of MO…

**MO:** MO Hailong

**Officer Esguerra:** Yea, MO Hailong.

**MO:** Yea…

**Officer Esguerra:** I just want to verify the email addresses that you have here…if they are still correct.  [Agent note: Officer Esguerra showed MO a sheet with the following handwritten email addresses on it:

███████████████████████████████████████████
████████████████████

**Officer Esguerra:** These 5 emails right here—are they still current?

**MO:** Uh…(UI) I have already..cancel...(UI)…I did not use…those..this right here [Agent note: MO was looking at the emails while providing her answer and non-verbally nodded indicating she used the emails and additionally mumbled that she no longer uses most of them which was difficult to hear on the recording due to background noise and interference by her daughter.]

**Officer Esguerra:** Oh, ok…

**Officer Becerril:** (pointing at the ████████████email address) So this is the only one you use, right here?

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of   Interview and arrest of MO Yun at LAX on
7/1/14                                                      , On   07/01/2014 , Page   4 of 21

**Officer Esguerra:** (pointing at the ███████ address) Just the middle one right here?

**Officer Becerril:** The 163.com?

**MO:** Yeah. [Agent note: MO indicated she used the others in the past but not now]

**Officer Esguerra:** Just that one? Ok.

**MO:** (speaks briefly to daughter in Mandarin)

**Officer Esguerra:** And you have your doctorate? You have your PhD, right?

**Officer Becerril:** You're a doctor? Have your PhD right?

**MO:** Yeah.

**Officer Esguerra:** So I should call you Dr. MO.

**(Both laugh)**

**MO:** Oh..thank you.

**Officer Esguerra:** Alright…And I just wanted to introduce you, this is Agent Betten...

**Officer Becerril:** I'm Officer Becerril with U.S. Customs and Border Protection, ok?

**MO:** Ok.

**Officer** Becerril (turning to speak to SA Betten): Do you have any more of our questions?

**SA Betten:** Uh, I think that's it. Oh, the spouse information, were you able to verify that?

**Officer Esguerra:** (UI) spouse…

**SA Betten:** Think it's uhm…yea there it is.

**Officer Esguerra:** Is that your spouse (pointing to the name SHAO Genhuo on MO's visa interview form) Genhuo Shao, did I pronounce that correct? Where does he work?

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of _Interview and arrest of MO Yun at LAX on 7/1/14_ , On _07/01/2014_ , Page _5 of 21_

**MO:** (UI)..that's my husband..

**Officer Becerril:** Where does he work?

**MO:** He… Uh… DBN.

**Officer Becerril:** DBN.  He works for DBN? What does he do?

**MO:** He's a chairman.

**Officer Esguerra:** He's a chairman? (UI)..own company..Ok, perfect.

**MO:** (UI)..shareholder…

**Officer Becerril:** Shareholder? So he's Chairman of the board?  OK, perfect..

[Brief UI conversation between Oficers Becerril and Esguerra]

**SA Betten:** Dr. Mo, my name is Mark Betten. I'm working on your brother's case, MO Hailong? Are you familiar with his case, I assume?

**MO:** I'm not familiar… I, I… don't know why he still there. And since I…am did…didn't working at DBN… I don't know what the problem..(UI)

**SA Betten:** Well you were there from, if I remember, you just said that you were there from 2001 through 2009 timeframe?

**MO:** 2009 I just left DBN.

**SA Betten:** OK. To stay home with your 2 children?

**MO:** Yeah, yeah, yeah.

**SA Betten:** Alright. While you were during this visit, did you meet with your brother at all?

**MO:** No…no, no, no. Just for vacation.

**SA Betten:** Disneyland?

**MO:** Yeah, yeah!

**SA Betten:** How was it, by the way, did the kids like it?

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on
7/1/14 _____ , On  07/01/2014 , Page  6 of 21

**MO:** It was good, yeah.

**SA Betten:** First time there?

**MO:** Uh, we are the first time.

**SA Betten:** OK..

**MO:** The visa for them is almost expired so I get… (UI)…had to get a
government visa for them (UI)…year ago…expired so I (UI)

**SA Betten:** OK..

**MO:** ..short time just a week (UI)..

**SA Betten:** Sure.

**Officer Becerril:** When you were in the United States, did you go anywhere
else beside Disney?

**MO:** Just Los Angeles…to Disneyland and Universal studio.

**Officer Becerril:** Universal studios?

**MO:** Yea

**Officer Becerril:** No other parts of the United States, you stayed here?
Where did you stay when you were here?

**MO:** Mmm, …(UI) in…Alpine Inn. Near Disneyland.

**Officer Becerril:** OK.

**MO:** Here at Sheraton..

**Officer Becerril:** Near Universal?

**MO:** Yea.

**Officer Becerril:** How did you get to the airport today?

**MO:** Umm, oh, my friend.

**Officer Becerril:** Your friend brought you?

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on 7/1/14 , On 07/01/2014 , Page 7 of 21

**MO:** Yeah.

**Officer Becerril:** OK…

**SA Betten:** What's your friend's name?

**MO:** Umm… Michael.

**SA Betten:** Michael? Ok.

**Officer Becerril:** Michael, he brought you to the airport?

**MO:** Yeah.

**Officer Becerril:** Ok, good. Good, that way you didn't have to take a taxi, right?

**MO:** Yeah.

**Officer Becerril:** That's good. Did you have a rental car to move around, or did your friend take you?  It's a big city...

**MO:** No, no, no. I just want to take them to (UI)…

**Officer Becerril: F**or fun, vacation?

**MO:** Yea..because in the winter it's (UI)…

**Officer Becerril:** No problem, we understand.

**MO:** So I want to go to visit..back to Iowa..even if I want… I want to go to visit …**(UI)**

**Officer Becerril:** Not a good idea?

**SA Betten:** Are you going to come back later to visit your brother, you think?

**MO:** Maybe. I'm not sure. If we are (UI).

**SA Betten:** One of the questions I had, as part of my job of investigating the case involving your brother, we have an obligation to, um, if there's any kind of information or evidence that is helpful to him, we have an obligation to determine that and tell him about it and give it to his defense lawyers. So one of the things I wanted to talk with you about is

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of    Interview and arrest of MO Yun at LAX on
7/1/14                                                    , On  07/01/2014  , Page  8 of 21


some information that could potentially be helpful to him.  Umm, it
appears…

**MO:** But I know nothing about….

**SA Betten:** It appears that you might have some relevant information from
the time you worked for DBN. For example, when you were there from 2002 to
2009, did you know Dr. LI Shaoming, who was in charge of the seed breeding
division, or the CEO of Kings Nower. Did you know him at all?

**MO:** No, no, I know him, of course I know him, but I do not know him..

**SA Betten:** Now it looks like some of your information that you provided
that you were in charge of the research and development team, the research
division, the technology team? Did you oversee or supervise the
seed-breeding team, like Dr. LI?

**MO:** No..no…no…We have a..(UI) that's a different (UI) DBN.. Seed
company…that's a different.

**SA Betten:** So what was your job as director of the research and development
branch, what did you oversee?

**MO:** Animal…(UI)I just…human resource, and some training…

**SA Betten:** OK

**MO:** Some kind of training.

**SA Betten:** Human resources and training?

**MO:** In the…Yeah…training, just training.

**SA Betten:** Now one of the things that we've discovered looking at your
brother's case is that it looks like he was put under some pressure by Dr.
LI to go out and…

**MO:** I don't know. I'm very surprised for this..I do…

**SA Betten:** Ok. Did, uh… have you talked to your brother since he was
arrested?

**MO:** No. We just in, uh in the… we, I have no…we just some information for
just the family information.

FD-302a (Rev. 05-08-10)

284G-OM-54446

**SA Betten:** Ok.

**MO:** (UI)…I'm not talking about that…I don't…

**SA Betten:** Ok. Did you know that he owned a farm in Iowa, near Des Moines, Iowa? A town called Redfield? [MO shaking her head negatively] Did he ever talk with you about buying a farm for the company or anything of that nature?

**MO:** [Agent note: MO is shaking her head negatively] But I don't know, what kind of farm?  And, what (UI)…

**SA Betten:** like a farmland, where you plant crops…

**MO:** No..

**SA Betten:** …and things of that nature.

**MO:** No, I don't know.

**SA Betten:** With your educational background, what's your PhD in? Is it in biology?

**MO:** Animal health.

**SA Betten:** Animal health?

**MO:** Yea.

**SA Betten:** Ok. And that's from… is that from China Agriculture University?

**MO:** yeah, yeah, yeah. Animal health.

**SA Betten:** Are you familiar with the seed-breeding industry and how that works?

**MO:** Not for me.

**SA Betten:** Not familiar with seed breeding? How about "germplasm," have you heard that term?

**MO:** No.

**SA Betten:** Ok. Now one of the..one of the issues that has come up that in addition to it looking like Dr. LI put a lot of pressure on your brother,

FD-302a (Rev. 05-08-10)

284G-OM-54446

Hailong, to work hard and collect corn resources here in the United States.
It also appears that your brother was under a lot of, uh, financial stress
at the time, back in the you know 2008-2009 timeframe… financial stress,
and was having some issues with his wife, causing a lot of personal stress
in his life. And we did get a… I want to show you something that we
recovered. As you may know, I don't know if you were aware, but we did a
search on some of your brother's computers, and we found what looks like to
be a, it looks like a chat session. Did you use Yahoo chat to talk with
Hailong back in the '07-'08 timeframe?

**MO:** I don't know…I mean, because I haven't used that for a long time…I only
(UI)…

**SA Betten:** Alright. We have a chat here where it looks like you and
Hailong, uh, this is your name here, MO Yun? (SA Betten showed MO her name
in Chinese characters from a 6/29/2007 chat wherein MO and Hailong are
discussing his family issues)

**MO:** Oh, umm..umm..umm..[Agent note: MO nodded affirmatively it was the
Chinese characters for her name].

**SA Betten:** This is where you're discussing kind of, some of his personal
issues in his life.

**MO:** Umm, maybe…umm maybe..

**SA Betten:** You remember writing this and having this conversation?

**MO:** Um, maybe, but I don't know..[Agent note: MO begins to read the chat
between her and Hailong]

**SA Betten:** Yeah, you can read through that. But you can see that he's
talking about the problems with his wife, and he's talking about how
expensive it is for his family, so it sounds like he's under a lot of
stress at that time. And again this was back in the 2007-2008 timeframe,
but you have a pretty long chat about… you're encouraging him to support
his family no matter what.

**MO:** (laughs) Maybe, that's a long time ago

**SA Betten:**  Yeah, that's a long time ago, I realize that, but you do
remember that?

**MO:** It's my brother and I just gave him some advice.

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on
7/1/14                                                      , On  07/01/2014 , Page  11 of 21

**SA Betten:** Oh Yeah I understand that, but you do remember writing these chats with your brother, and having these conversations?

**MO:** Maybe..

**SA Betten:** It looked like it was probably Yahoo chat that you were using for these chats sessions.

**MO:** Maybe, maybe.

**SA Betten:** Did you usually write in English, too?

**MO:** Umm, yeah, maybe.

**SA Betten:** Alright. Yeah, so it looks like he might have been under some financial and personal stressors at that time, and again, as a sister it looked like you were just trying to help him and give him friendly advice and things of that nature. I do have a few others that I would like to show you… I want to ask you just a couple of the other… some questions about a couple of the other people involved in this case. Do you know WANG Lei at all? He used to be the vice-chairman of DBN-Kings Nower.

**MO:** No.

**SA Betten:** How about YE Jian or LIN Yong? You know those two individuals?

**MO:** No

**SA Betten:** WANG Hongwei?

**MO:** No.

**SA Betten:** He's a Canadian citizen as well. And how about, uh, CHE Xiaoping? Do you know CHE, Mr. CHE at all?

**MO:** No

**SA Betten:** Ok. Do you know any of the individuals that work at Pioneer or Monsanto? Do you have any colleagues or professional associates at Pioneer or Monsanto?

**MO:** [Agent note: Shakes head negatively]

**SA Betten:** Now you're, if I remember right, you have some patents that you filed yourself, have you not, as an inventor?

FD-302a (Rev. 05-08-10)

284G-OM-54446

**MO:** Oh...yea, yea...

**SA Betten:** You're familiar with patents and how patents work and patent laws?

**MO:** Patents?...

**SA Betten:** If you've invented something and you want to protect that invention, you file a patent. It looks like you filed some patents in the past on some things that you created

**MO:** Umm...umm..umm...

**SA Betten:** You are familiar with that?

**MO:** Uh, yeah, yeah, you mean intellectual..intellectual, intellectual patent?

**SA Betten:** Ok. Intellectual property patents?

**MO:** (UI) I made some inventions..UI [Agent note: MO's daughter was squeezing MO's nostrils during portions of this part of the interview]

**SA Betten:** Now, there's a couple other chats that I wanted to show you that it appears that it appears you had with your brother. For example, in that same chat (SA Betten shows the same chat to MO so she can read along) that you said that, that you acknowledged writing with your brother earlier, you're talking about Iowa farmland, you and Hailong are. And he tells you, "It might be good for our business to hire 2-3 people from DBN and plant to get the parent of germplasm, only several germplasm would work, say delivery and hybrid," and you reply, "Yes, you can contact the farm's owners and learn more about them." It appears that you're in discussions with Hailong about obtaining a farm and knowledgeable about germplasm there. Do you remember that conversation?

**MO:** Very long ago, I'm not sure about that.

**SA Betten:** Ok. It's long ago, you're not sure, but looking at it now, does that refresh your recollection that you're the one who wrote that with your brother?

**MO:** [Agent note: MO is shaking her head negatively as to indicate she's not sure]

FD-302a (Rev. 05-08-10)

284G-OM-54446

**SA Betten:** Ok. Can we talk to you away from your kids, just real briefly? [Agent note: SA Betten was planning to advise MO, outside the presence of her children, that she was under arrest and request she explain to her children that she was going to have to stay in the United States for Uncle Hailong's case. In addition, there was no longer time to continue the interview in order to insure MO's children could get on the plane in time.]

**SA Betten:** You'll be right here…She'll be able to see you (referring to MO's daughter)

**MO:** She always wants to sleep or…(UI) sorry... My brother has a lawyer maybe we..you can talk with them.

**SA Betten:** Yeah, we're familiar with his law firm and we've talked with his lawyers. [SA Betten speaks in hushed tone]: What we want to tell you, though, is we do have a warrant for your arrest. I don't want your kids to hear this.

**MO:** I know, but…I…

**SA Betten:** So you're going to be staying here. Your children are going to need to, and going to have to arrange for your children. These 2 gentlemen; we've got a couple options.

**MO:** But I…she always wants to …

**SA Betten:** I can assure you we're going to take good care of your 2 children.

**MO:** No, no, no…

**Officer Becerril:** There's no choice. Right now let me tell you the options. Right now, my colleague just explained to you: there's a warrant for your arrest, so you cannot leave, ok? So you're going to come with us. [MO is shaking head negatively] Yes.

**MO:** No

**Officer Becerril:** Yes.

**MO:** No

**Officer Becerril:** Yes. So the options are

**MO:** No

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on
7/1/14                                                     , On  07/01/2014 , Page  14 of 21


**Officer Becerril:** Listen. The options are your children can fly back and then your husband can pick them up in China.

**MO:** No

**Officer Becerril:** Or they can stay here and we will send them to child protective services.

**MO:** You asking me…(UI) question… (UI)

**Officer Becerril:** Yes, but at this point, like my colleague's explained to you, we have a warrant for your arrest.

**MO:** (Crying) No

**Officer Becerril:** Yes.

**MO:** I am involved in this?

**SA Betten:** Yes.

**Officer Becerril:** So at this point you need to make a decision. Do you want your children to fly back to China, so your husband can pick them up, or do you want your children to stay here and go to a group home, a children's protective service home?

**MO:** I have been arrested?

**Officer Becerril:** Yes.

**SA Betten:** Your kids are going to -

**MO:** I want to call the lawyer.

**Officer Becerril:** You can do whatever you want, but right now you're under arrest.

**MO:** No!

**SA Betten:** Your children are going to be taken care of. We're going to take care of your children.

**MO:** No…

FD-302a (Rev. 05-08-10)

284G-OM-54446

**Officer Becerril:** Yes.

**MO:** No..such a fun vacation! A holiday vacation, no!

**Officer Becerril:** You're going to need to make a decision OK…or we can make the decision, it's up to you.

**Officer Esguerra:** We would rather not put you in handcuffs in front of your kids. If you could just walk with us, no handcuffs…but if we have to (UI) we will have to put you in handcuffs…

**MO:** You already have this kind of (UI)…you can talk with our lawyer here…

**Officer Becerril:** You're under arrest. You cannot leave. You're not free to leave. Ok?

**MO:** I have to stay here, right now?

**Officer Becerril** and **SA Betten:** Yes..yes.

**SA Betten:** Now we can put your children on the plane, and you can contact somebody back in Beijing to meet them, and the flight attendants will take good care of them on the plane back if you would like. Or we can arrange for them to be cared for here, and have somebody come pick them up. It's going to be your choice. Do you want to get them on the plane today? And then we can contact somebody in Beijing, and they can pick them up? We can do that.

**MO:** I want to call my (UI: either brother or mother) and my lawyer and…

**Officer Becerril:** Ok you can make those calls after we process you. Right now the only thing you're going to do is you're going to come with us.

**MO:** But, but…

**Officer Becerril:** Yes, yes. Come on.

**MO:** (Crying) No…

**SA Betten:** We have a warrant that is charging you in the same conspiracy…

**MO:** Can I go back to China and we can talk to our lawyer?

**Officer Becerril:** You're not leaving today.

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of ____Interview and arrest of MO Yun at LAX on____
7/1/14 _____ , On __07/01/2014__ , Page __16 of 21__

**MO:** Really?

**SA or Officer:** Yeah, you're going to jail.

**MO:** How can I leave now? How can I leave?

**Officer Becerril:** You cannot leave. We have a warrant signed by a judge saying you must stay here. Ok? You're not able to leave right now. Right now you're going to stay here in the United States.

(Child crying)

**MO:** (UI)

**Officer Becerril:** So come on. Let's go.

(More crying)

**SA Betten:** This is Special Agent Betten. The time is approximately 12:35. We're going to take her request to contact her lawyers as an assertion of counsel. This concludes the interview.

## ARRANGEMENT'S FOR MO'S CHILDREN TO RETURN TO BEIJING

FBI Airport Liaison Special Agent David Gates facilitated arranging for the transportation of MO's two children on the departing Air China Flight 88. SA Gates was in the general vicinity of the gate area but did not participate in the interview of MO.  MO completed Air China's Unaccompanied Minor Request for Carriage form providing her authorization for her children to return to Beijing, China. (A copy of this form is attached to this communication.  This portion of the interview is recorded on file DSCN0022, reflected below):

## DSCN 0022, July 1, 2014 At Approximately 12:35pm Gate Area LAX

**Officer Becerril:** Pick them up from the airport?

**SA Betten:** This is Special Agent Betten again. MO Yun has consented to put her children on the plane unaccompanied, and contact someone in Beijing so I'm going to record that portion too...

**MO:** I'm not sure how to…(UI due to child crying)

**SA David Gates:** I can't hear you.

FD-302a (Rev. 05-08-10)

284G-OM-54446

**MO:** I want to come back China.

**SA Gates:** You want them to go to China right now?

**MO:** Yeah.

**SA Gates:** I will talk to the airline and make that happen, so just stay here for a couple minutes.

**SA Betten:** The flight attendants will take care of them.

**MO:** OK

**SA Betten:** And we will contact somebody in Beijing to pick them up when they land. OK?

**Officer Becerril:** It will be better..

(Child screaming)

**MO:** But I want you to call my –

**Officer Becerril:** You can call whoever you want, but we need to process you. We need to do our job, too. So once we process you, you'll be able to make your phone calls and call whoever you want, whether it's your husband, your attorney, whoever you like. Ok?

**SA Betten:** Ok, this is Special Agent Betten turning off the recording. It is now 12:35, the subject has agreed to allow her children to fly unaccompanied on an airline. The airport liaison agent is coordinating with the airline to facilitate that and we will take the subject into custody and down for processing at CBP. This concludes the recording.


## ARREST OF MO & CBP PROCESSING

At approximately 12:50 p.m., after the children were onboard the flight, MO was escorted by Officers Esguerra and Becerril to the Customs and Border Patrol's processing facility in the basement of the LAX airport. MO was not in handcuffs nor any type of restraints while being escorted to the facility. Once at the facility, the CBP conducted an inventory search of MO's personal belongings and released custody of the property to FBI personnel.

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of ___Interview and arrest of MO Yun at LAX on 7/1/14___ , On __07/01/2014__ , Page __18 of 21__

 

    The arresting agents were planning to allow MO the opportunity to contact her family members and local point of contact to insure her children would be met at the airport upon their return to Beijing. As a result, the arresting agents inadvertently allowed MO to retain custody of her iPhone.  While MO was sitting in the CBP facility, FBI SSA Tina Fuerholzer witnessed MO manipulating her iPhone and saw MO highlight 2-3 text or e-mail messages and delete them.  SSA Fuerholzer then took the phone from MO and explained there was no service in the basement and she would be allowed to make phone calls once outside with service.

    At approximately 1:40 p.m., while she was sitting in the processing facility, MO asked to speak to SA Betten.  SA Betten reactivated the recorder and proceeded to the area where MO was sitting. SA Betten advised MO of her Miranda warnings and provided her a Mandarin version of the form while SA Betten read them to her in English. (The forms utilized have been attached to this communication in a 1a envelope.  This portion of the interview is documented below on audio file DSCN0023):

**DSCN 0023, July 1, 2014 Approximately 1:40 p.m., CBP Processing Center, LAX Airport**

**MO:** So I'm accused of… I, I'm guilty?

**SA Betten:** No, you're not guilty. Before you can be found guilty you get a trial in the United States. Let me just explain to you. And, because you have been arrested, I have to advise you of certain rights before we can talk, so let me just run through that with you really quick and I'll be happy to talk with you about any questions you might have. I have..I tell you what, I have a Chinese or Mandarin version of this form, so I'm going to read to you in English and you can follow along in Chinese. There's the Chinese version of the form [SA Betten hands MO a Mandarin version of the advice of rights form]. Before I ask you any questions, you must understand your rights. You have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to have a lawyer with you during questioning. If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time. And then the consent portion of the form reads, "I read the statement of my rights and I understand what my rights are. At this time I am willing to answer questions without a lawyer present." Do you understand those rights? Take your time, take as much time as you need to read that form there.

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of   Interview and arrest of MO Yun at LAX on
7/1/14                                        , On  07/01/2014  , Page  19 of 21


**MO:** I want to talk to my lawyer.

**SA Betten:** You want to talk to a lawyer?

**MO:** Yeah

**SA Betten:** Ok. You want to talk to a lawyer. That's fine, that's perfectly your right. I can't ask you any questions. I will answer any questions you have about the charges. What you've been charged with right now is, in the United States we call it a conspiracy. That means you agreed with others…you've agreed with others, to violate a federal statute in the United States. And the federal statute is the same one your brother is charged with, which is, we call it 18 United States code, section 1832. And that's a conspiracy to steal trade secrets of U.S. companies. It's the same charge that your brother's been charged with. And you will be charged in the same conspiracy with him. That's the charge. The way that works is once we leave here in a few minutes, we are going to take you down to what's called a detention facility where you'll spend the night. Tomorrow you will appear in court, where a judge will appoint a lawyer for you. You can have your own lawyers or arrange for your own lawyer to represent you, and that judge will tell you what your rights are. He'll tell you that you have a right to a detention hearing, which means you have the right to have a hearing deciding whether you should be detained or kept in custody pending your trial, or whether you should be released. It will also tell you what your rights are as far as having what we call a probable cause hearing, and that is a hearing that you're entitled to make sure there's enough evidence to have your case go to trial. You get all those rights..they will be explained to you tomorrow. They will probably have a Mandarin interpreter available as well in case there's anything that you don't understand, so they'll explain all that to you. Then your case, like your brother's case, will start getting ready to proceed to trial. Right now your brother's case is scheduled for trial in Des Moines, IA, in December of this year – this coming December, so 6 more months. More than likely, and I don't know this for sure, but more than likely, you and he will have the same trial. The 2 of you will be in the same trial since you are alleged to be in the same conspiracy to steal trade secrets. So that's the process in a nutshell. Do you have any questions about that process at this point? And since you've asked for a lawyer I don't want you to say anything about your case or the allegations against you, but do you have any questions about the process at all?

**MO:** Maybe I was still here with brothers…?? (UI)… maybe that's a long time to Decemeber. Until the case…You mean we are the same case?

FD-302a (Rev. 05-08-10)

284G-OM-54446

**SA Betten:** Yes.

**MO:** (UI)…we partner…so we have to face the same judge, but we cannot stay together, we have to separate…or can I…

**SA Betten:** Well, your case is that you'll probably stay together at trial. But you can have your own lawyers, because your interests may not be the same as your brother's interests. So, ok, we need to get going now.

**Officer Becerril:** Ok, this is for your property, your purse and that. Sign right here so I can give it to them

**SA Betten:** This concludes the recording. It's 1:45 Pacific, July 1, Special Agent Betten. We're going to transport her now.

### [NO FURTHER RECORDINGS WERE CONDUCTED]

At approximately 1:45 p.m., MO was then handcuffed and escorted outside to the passenger pickup area of the LAX airport by SA Mark Betten and SSA Tina Fuerholzer.  Once outside in the passenger pickup area, MO was allowed to place a call to her husband and left a message while SSA Fuerholzer held the phone for MO.

While at the curbside passenger pickup area waiting for the transport agents, SA Betten advised MO of her consular rights.  SA Betten read verbatim the statement from the form titled, "Statement 2: For foreign nationals from 'mandatory notification' countries'" SA Betten provided MO a Mandarin version of the form and asked her to read the section 2 portion of that form while SA Betten read the English version.  MO acknowledged understanding.  SA Betten advised MO the FBI had already notified her consular officials and Embassy and it was possible they may seek to contact her.

The following are included and attached to this communication:

1. The four digital audio files from MO's interview.

2. A word version of the transcript of the recorded interviews.

3. A copy of the 6/29/2007 chat shown to MO during her interview.

4. A copy of the Air China unaccompanied minor "Request for Carriage" form signed by MO.

5. The English and Mandarin version of the FD-395, Advice of Rights

FD-302a (Rev. 05-08-10)

284G-OM-54446

Continuation of FD-302 of  Interview and arrest of MO Yun at LAX on 7/1/14 , On 07/01/2014 , Page 21 of 21

provided to MO in the CBP detention facility.

6. The English and Mandarin version of the Consular Notification form read to MO outside LAX airport.