# EXHIBIT B

# Cheung Report Redacted

**Freda K. Cheung, Ph.D.**

**Clinical Psychologist**
License #: Psy13155

*1125 N. Almansor Street*
*Alhambra, California 91801*

*(626) 458-2700*


**DATE: August 26, 2014**

**RE: PSYCHOLOGICAL EVALUATION OF SEPARATION OF MOTHER AND CHILDREN**

The factual information regarding Ms. Mo Yun and her family, her visit to the United States in June, 2014 for vacation, and her subsequent arrest at the boarding area of the China Airlines was provided to me by the attorneys, Peter J. Shakow, Ariel A. Neuman and Karis A. Chi, who are representing Ms. Mo Yun. The information was related to me via teleconference between the attorneys and me on August 21, 2014.

I.   **INTRODUCTION:**

Ms. Mo Yun, age 41, a native and citizen of the Peoples's Republic of China (PRC), is married to Mr. Gen Huo Shao, the founder and president of Beijing Dabeinong Technology Group Company. They have two children – a 12-year-old son named ████████, and a 5-year-old daughter named ████████. The family lives together in Beijing. Ms. Mo and the two children came to the United States on a tourist visa on or about June 25, 2014. Their plan was to only visit Disneyland and Universal Studios. They stayed in Southern California for a week. On July 1, 2014, Ms. Mo and her two children arrived at LAX for their return flight to China. They checked in with the China Airlines, and were waiting to board their flight. While waiting in the boarding area, Ms. Mo was approached by a uniform customs officer. The officer asked her a number of questions regarding her identity. She was then brought to another area, where she was questioned by about 3-4 unidentified people, including at least one FBI agent. All of these questionings were conducted in English and in the presence of her two children.

After about 10-15 minutes of questioning, Ms. Mo was informed that she was going to be placed under arrest. At this point, Ms. Mo's daughter began clinging to her and started crying. Though she was not handcuffed in front of her children, law

enforcement officers had to physically pull the daughter away from her mother to effect the arrest. The FBI agent then gave Ms. Mo a choice – she could either choose to put her children on the plane and send them back to China by themselves, or have them stay in the USA, be processed by immigration officials and housed with the Child Protective Service. Ms. Mo chose to send them home to their father and maternal grandparents in Beijing. The China Airlines personnel were consulted, and the children were put on the plane without their mother. Needless to say, both the children were crying as they didn't know why they were sent back to China without their mother, and wondered why she would leave them by themselves.

II. **CONSEQUENCES OF THE ARREST:**

The children have not been told why their mother had not returned home with them. They just were told that she had to stay behind in the United States. In the meantime, the children are under the care of their two elderly maternal grandparents. Grandpa, Mr. Mo Shifang, is 76 years old and is being treated for throat cancer. Grandma, He Fangxun, is 72 years old with high blood pressure. The children's father, Mr. Gen Huo Shao, works long hours and comes home around 8 in the evening, and regularly works on the weekends. The children are under the care of the grandparents most of the time. They have been waiting and asking about when their mother would be returning home. They could not understand why she didn't tell them ahead of time that she would not be returning home with them. It was confusing to them that they were in the airport together, and then the mother was taken away from them instead of going home with them.

III. **IMPACT OF THE ARREST:**

What was originally planned as a happy and fun vacation for the family -- to visit Disneyland and Universal Studios which are places that most children from around the world love to go, ended in a distressful and chaotic separation. The mother was taken away from the children by customs officers and the children had to return home alone without her. The children, one is a 5-year old girl, and one is a 12-year old boy, are at a critical transitional stage in their life. They have never been away from their mother. Now they are separated. This will have a tremendous psychological and emotional impact on the family, specially the children. As a behavioral science professional, I raised the following concerns with regard of the impact to the children:

3113472.1

1. **Emotional disturbance:**

   Ms. Mo, the mother, has been the primary caretaker of both children and mainstay of the household since the birth of their daughter five years ago. As a company executive, the father spends most of the time at work. This is also the cultural practice of Chinese family in general -- father provides financial support for the family but adopts hands- off stance in the care of the children, and the mother is to provide emotional nurturance to the children as well as taking care of the household affairs. Now there is a sudden change in family life and family situation. This brings on a stressful life experience for the family. Ms. Mo was the one that took the children back and forth from the grade school and the preschool everyday.. She was also the one that tended to the everyday needs of the children. The children have developed a very close relationship with their mother who has stopped working as a professional to become a full time stay home mom since the birth of the daughter. For the last 5 years, she took care of the children with part-time help of a nanny. With the sudden departure of Ms. Mo from the family it undoubtedly would increase the stress level for a 5-year old girl and a 12-year old boy. Both are at a transitional stage of their life. ███████, the daughter, will be going to kindergarten, which can be quite a frightening experience for any normal preschool child let alone without the comfort of a mother, who has been her constant companion and caregiver for all her life. ███████, the son, will be transitioning from a grade school to junior high which requires a great deal of adjustment as he might experience quite a bit of emotional turbulence.

   For both children there might be quite a degree of emotional disturbance internally even though they might show a normal external composure as most Chinese children do. However, such an emotional condition might eventually lead to **Childhood Depression,** a mental disorder which the child experiences sadness, loss, hopelessness, helplessness, and a sense of powerlessness. A forced separation from a parent that the child is close to and loves is very disturbing and upsetting for any normal child. This is borne out by the writer's clinical experience in treating children with depression, and verified in research literature on Childhood disorders.

2. **Psychological Trauma:**

   Psychological trauma is the result of an extraordinarily stressful event that shatters an individual's sense of security, making him/her feel helpless and powerless in a dangerous world. It is an experience that often involves a threat to life and/or safety, or any situation that leaves an individual feeling overwhelmed and alone. Research literature points out that it's not the objective facts that determine

whether an event is traumatic, but the subjective emotional experience of the event by the individual is the determining factor. The more frightened and helpless the individual feels, the more likely he/she is to be traumatized. Research further brings out that an event would most likely lead to emotional or psychological trauma if it happened unexpectedly; and the individual was unprepared for it and felt powerless to prevent it. This is especially the case when such an event happened to a child. For children, childhood trauma results from anything that disrupts a child's sense of safety and security including the separation from a close parent.

Experiencing trauma in childhood can have a severe and long-lasting effect. Child psychologists, such as James Dobson, point out that children who have been traumatized see the world as frightening, dangerous and threatening. They may want to withdraw from it and shelter themselves from socializing with people, especially those they are not familiar with.  It is further brought out that when childhood trauma is not resolved, this basic sense of fear, helplessness, hopelessness and powerlessness carries over into adulthood, which may lead to more serious trauma. Sometimes it may evolve to **Posttraumatic Stress Disorder (PTSD)**, **Anxiety Disorder,** or **Stress Disorder.**

████ and ████ just finished a happy and fun-filled vacation in a dream world for children – Disneyland and Universal Studios. They were to fly back home with their mother and be reunited with their father. Everything had gone well with happy chattering about what they were going to tell their friends, relatives and family. There was talking about the start of going to kindergarten for ████, and entering into junior high school for ████, an exciting and frightening experience altogether. I am sure there is much talk about what they would do when they arrive at the Beijing airport meeting their father. It was all excitement and happiness for the mother and the two children. They checked passed the ticket counter, went through the departure lobby and the immigration entrance, and came to the boarding area. They were excitedly waiting to board their flight. All of a sudden, their mother was approached by uniformed strangers. They were talking to their mother in English, and they couldn't understand what they were asking their mother. Suddenly, they started to lead their mother away.  It was a frightening moment for ████, he didn't know how to react. He wanted to prevent these strangers from taking their mother away, but was powerless. He couldn't do anything. He felt so helpless and hopeless of getting their mother back from these people. He wished he was stronger, and that he was his father so that he could do something about this frightful situation. He was dazed, scared and petrified! ████ was terrified, and was probably wondering.  "Why? They are taking my mother away. I am not going to

let them. These people are terrible. We are going home. Don't take my mother away. I am not letting go of my mother." ▮▮▮▮ clanged on to her mother and would not let go. The "terrible" people had to literally pull her away.

Both children saw their beloved mother taken away from them. They were asking themselves, " What are they doing to her? When will we see her again? Will we ever see our mother again? How come none of the people help us to rescue our mother from these horrible people? The world is a frightening and dangerous place because people do terrible things to children. They take away our mother from us and won't tell us the reason."

It was a traumatic experience for the brother and sister. They saw their mother being led away. And  they were to fly home by themselves. What a nightmare!

**3. Separation Anxiety:**

Separation anxiety is a psychological condition that is characterized by significant distress when a person is away from parents, primary caregivers, or home. This separation anxiety or extreme worry about what happens to a close parent might dramatically affect a person's life by adversely affect the child's normal development, and limiting his/her ability to engage in ordinary activities such as interacting and playing with other children. Child psychologists point out that a certain level of separation anxiety is an expected and healthy part of normal development that occurs in all children to varying degrees between infancy and age 6.They sometimes want to be on their own exploring the world around them. However, after a short period of exploration of their world on their own, they generally want to return to their caregiver frequently for security.  When they don't find their caregiver, or that the individual is not available, the child worries. Such worries can overwhelm a child which may lead to fears that may become irrational, such as the fear that the parent may suddenly die or never return. Frequently, a child tolerates separation from ones parent more easily than from the other parent, who is generally the primary caregiver.

Some possible causes of separation anxiety disorder in children include a change in environment, stressful situations like switching schools or the loss of a loved one. In the case of Ms. Mo, we find that her daughter, ▮▮▮▮, may develop **Separation Anxiety Disorder** due to the sudden separation from her mother who has been her primary caregiver. Even though Ms. Mo has used the internet to connect with ▮▮▮▮ ▮▮▮▮ they are physically separated. This will cause ▮▮▮▮ to become anxious, fearful that she may lose her mother, or that she will not ever return home.

Research indicates that the longer the period of separation, the riskier it is for the child to develop such a disorder.

4. **Self-esteem and development:**

Seeing their mother questioned and arrested by people in uniforms is rather embarrassing for any children. When ▓▓▓▓▓▓ goes to school, his friends would ask him about their holidays in the United States. They would ask him about the trip. He could tell them that they had fun, but he couldn't tell them that their mother was taken away by officials.

Research literature on child development has pointed that the loss of self-esteem may scar a child for life and frequently affects the normal development of a child. Social scientists, such as Gary Collins, have emphasized that the emotional quotient is of equal, if not more, importance to the intelligent quotient of an individual's future success in life.

According to Eric Erickson, an authority on childhood development, it is most important that the child has both parents to provide guidance and support; otherwise the child might have developmental problems. In other words, healthy self-development for children and preadolescents requires the nurturance and guidance of both parents. Another eminent psychologist and professor of human development, Jerome Kagan of Harvard University, pointed out the important role parents play in molding the character and development of a child growing up. An absentee father or mother will do much harm to the healthy development of a pre-teen. ▓▓▓▓▓▓ is transitioning from grade school to junior high school, and will soon become a teenager.  He is facing a very critical period of his life and needs the disciplinary strength of a father, the nurturance and loving tender care of a mother to help him ride through this rough period of his life.

5. **Preteen period and the need for a stable family life:**

Preteens and adolescents are exploring life. On one hand they want independence, on the other hand they need a base to come back to. A stable home with an intact family is a place where they feel safe, where they will be protected, cared for and taken seriously. James Dobson, a respected authority on family life, pointed out that children growing up in an unstable home where one parent is absent is more likely to develop characterological problems than those from a healthy two-parent family. The risk of developing a delinquent life style is greater as there is only one parent to do the child rearing work of what is intended for both father and mother. Many of those preteens and teens who participate in delinquent

activities such as truancy, tardiness, dropping out from school, sexual promiscuity and gang related activities, are from single parent or broken families. Furthermore, gangs and juvenile delinquents generally prey on those whose parents are not around to care for and guide them. With a busy father and an absent mother, the risk of ▇▇▇▇ turning to others and be influenced by them would be greater. Even though the grandparents are there to take care of them, however, they are in their seventies,. Furthermore, the grandfather has throat cancer, and the grandmother has high blood pressure. It is practically impossible for them to keep up with a pre-teenager and to provide him with the necessary guidance.

Both clinical and research data indicate that preteens and adolescents experience dramatic physical and hormonal changes which can become very worrying to them, especially to those who are shy and who don't like to ask questions. Most of them encounter sexual curiosity which may lead to sexual problems. They need sensitive support, clear guidance and accurate information about different aspects of physical changes and sexual arousal from parents and schools. Among those who work in the juvenile justice system, the axiom is "It is far easier to build a strong child than to repair a broken man." The implication is that we need to do all we can to provide the children with a stable and intact family environment so that they have a better chance to grow up as healthy, productive and law-abiding citizens.

IV.  **CONCLUSION:**

Ms. Mo Yun was questioned and placed under arrest in front of her two children after a happy one-week vacation in Los Angeles. The officers in uniform had to pull her crying 5-year old daughter away in order to effect the arrest. The 12-year old son was watching helplessly and frightened. Ms. Mo's arrest has put the two children under high risk of developing a number of psychological and social problems to include emotional disturbance, psychological trauma, separation anxiety, loss of self-esteem and possible conduct disorder. From all aspects of consideration, it is my professional judgment that the separation of the mother from the family by being held for a long period of time, would not be in the best interest of the two children, ▇▇▇▇ and ▇▇▇▇. Her being held for a period of more than a year before going to trial would be a catastrophic experience for the two children. This situation would likely place them in a high condition for developing severe emotional disturbance, psychological trauma and possibility of other psychological and conduct disorders in otherwise healthy children. Emotional problems that the children face will affect not only their school life but social development as well. For ▇▇▇▇, he might be worrying about

himself in a new school with new classmates and what is going on at home as well as his mother's situation. This will make it difficult for him to concentrate in class and to develop a stable relationship with others.

*[signature]*

**Freda K. Cheung, Ph.D.**
Associate Clinical Professor, UCLA (ret.)
Clinical Psychologist

3113472.1