N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:13-cr-147 |
| v. | ) | |
| | ) | |
| LI SHAOMING, et al. | ) | GOVERNMENT'S REQUEST FOR |
| | ) | EXTENTION TO REPLY TO YUN'S |
| Defendants. | ) | MOTION TO SEVER AND FOR A |
| | ) | BILL OF PARTICULARS |

The Government, by its attorney, Jason T. Griess, Assistant U.S. Attorney for the Southern District of Iowa, respectfully request an extension to reply to Mo Yun's Motion to Sever and Motion for a Bill of Particulars. In support thereof states:

1. Defendant, Mo Yun, filed her Motion to Sever and Motion for Bill of Particulars on August 28, 2014.

2. Government's response to said motions is due Monday, September 8th.

3. This case involves complex discovery issues which factor into the government's response to the defendant's pending motions. The government requires additional time to fully respond to said motions.

4. Counsel for the defendant, Mo Yun, has agreed that the government may have up to and including September 17, 2014 to file its response to defendant's Motion to Sever and Motion for Bill of Particulars. In addition, the parties agree that the defendant, Mo Yun, may have up to and including September 25, 2014 to reply.

WHEREFORE, the government requests until September 17, 2014, within which to reply to Defendant Yun's Motion to Sever and Motion for a Bill of Particulars.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By: *_/s/ Jason T. Griess_*

Jason T. Griess
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ______ Fax _____Hand Delivery

__x__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: /s/ *ddegraff*
Paralegal