IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LI SHAOMING,<br>MO HAILONG, also known as Robert Mo,<br>WANG LEI,<br>WANG HONGWEI,<br>YE JIAN,<br>LIN YONG, and<br>MO YUN,<br><br>Defendants. | ) | Criminal No. 4:13-CR-147<br><br>NOTICE OF<br>ATTORNEY APPEARANCE |

COMES NOW Marc Krickbaum, Assistant United States Attorney, and hereby enters his appearance as co-counsel and attorney to be noticed for the United States of America in the above-entitled proceeding.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By: /s/ *Marc Krickbaum*

Marc Krickbaum
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Marc.Krickbaum@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2014, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ______ Fax _____Hand Delivery

__x_ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: /s/ *J. Beane*
Legal Assistant