IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LI SHAOMING, et al.,<br>Defendants. | Criminal No. 4:13-cr-147<br>**ORDER** |

Before the Court is a motion submitted by counsel for Defendant Mo Yun ("Defendant") seeking permission to travel outside the Southern District of Iowa. This motion is generally not opposed by the Government, pending discussion of details regarding Ms. Mo's electronic monitoring. Based on the record and filings in this case, and for good cause shown, it is hereby ORDERED that:

Defendant's Motion is GRANTED and she shall be permitted to travel from the Southern District of Iowa to the Central District of California between on or about October 1, 2014 and on or about October 15, 2014, to meet and confer with her Los Angeles-based attorneys. The following conditions shall govern Defendant's travel:

- Defendant shall submit her itinerary (including final flight times and precise residence information) to Pretrial Services in S.D. Iowa and the United States Attorney's Office at least three days in advance of her travel.

- Pretrial Services shall release Defendant's Chinese passport in advance of Defendant's departure from Des Moines to the custody of private security personnel from Stroz Freidberg LLP (the "Security Personnel"). The Security Personnel shall retain possession of the passport until Defendant is safely returned to S.D. Iowa, at which point they will return it to Pretrial Services.

- Defendant shall travel by commercial aircraft, accompanied at all times during her transit between the Southern District of Iowa and the CDCA, and again on the return flight to Des Moines, by the Security Personnel. Pretrial Services shall remove her ankle bracelet to permit her to travel.

- While in the CDCA, Defendant shall:

  - Reside at a hotel in the vicinity of her lawyers' offices in West Los Angeles, the precise name and location of which shall be provided to Pretrial Services;

  - Be subject to a nightly curfew from 10 PM to 7 AM;

  - Not be permitted to leave the CDCA;

  - Be required to check in with her Iowa-based Pretrial Services officer once a week (or however often she is asked to by Pretrial Services); and

  - Be subject to ankle bracelet electronic monitoring, either by Pretrial Services in the CDCA or by Stroz Freidberg personnel. If the latter, Stroz Friedberg shall immediately notify both the United States Marshall in the CDCA and Pretrial Services in the S.D. Iowa of any apparent breach of the monitoring restrictions, and shall provide to those entities all information about Defendant's whereabouts.

- Upon her return to Iowa, Defendant shall check in with Pretrial Services and would resume living under the same conditions of bond previously set by the Court.

IT IS SO ORDERED.

DATED: September 22, 2014

Celeste F Bremer

Hon. Celeste F. Bremer
Chief U.S. Magistrate Judge