IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, LIN YONG, and MO YUN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:13-CR-147<br><br>PARTIES' JOINT MOTION TO CONTINUE STATUS CONFERENCE |

Defendants Mo Hailong and Mo Yun, along with the government ("the Parties"), pursuant to their respective undersigned counsel, hereby move this Court for an order continuing the upcoming status conference in the instant matter. The Parties state the following in support of their motion:

1. On August 18, 2014, the Court stayed all pretrial motion deadlines pending a status conference set for September 25, 2014, at which time those deadlines would be reset. [Docket 95.]

2. Mo Yun filed a Motion to Sever and Proceed to Trial and a Motion for Bill of Particulars on August 28, 2014. [Docket 97 and 98.]

3. A hearing on Mo Yun's motions is set for October 1, 2014, at 10:00 a.m. [Docket 103.] Counsel for Mo Hailong will be present for the hearing.

4. The Parties believe the issue of pretrial motion deadlines would be handled most efficiently during the October 1 hearing. For example, the Parties anticipate that the Court will request an update regarding the status of discovery and the

Parties' estimation of reasonable trial dates during the October 1 hearing related to Mo Yun's motions. The results of the October 1 hearing will be determinative of the Parties' trial date(s) and motion deadlines.

WHEREFORE, the Parties respectfully request that the Court continue the status conference currently set for September 25 to the October 1, 2014 hearing on Mo Yun's motions.

U.S. ATTORNEY'S OFFICE

By: <u>*/s/Jason T. Griess*, with permission</u>
Jason T. Griess
Marc Krickbaum
Assistant United States Attorneys

Southern District of Iowa
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, IA 50309
Telephone: (515) 473-9300
E-mail: jason.griess@usdoj.gov
marc.kricbaum@usdoj.gov

ATTORNEYS FOR PLAINTIFF

WEINHARDT & LOGAN, P.C.

By: ______________________________
Mark E. Weinhardt AT0008280
Holly M. Logan AT0004710
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
hlogan@weinhardtlogan.com

LAW OFFICE OF MARK BECK

By: <u>*/s/Mark Beck*, with permission</u>
Mark Beck (Admitted pro hac vice)
350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com

ATTORNEYS FOR DEFENDANT MO HAILONG, ALSO KNOWN AS ROBERT MO

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: <u>*/s/ Terry W. Bird*, with permission</u>
Terry W. Bird (Admitted Pro Hac Vice)
Gary S. Lincenberg
Peter J. Shakow
Ariel A. Neuman
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
twb@birdmarella.com
gsl@birdmarella.com
pjs@birdmarella.com
aan@birdmarella.com

MELLON & SPIES, ATTORNEYS

Leon F. Spies
312 E. College Street, Suite 216
Iowa City, IA 52240
Telephone: (319) 337-4193
Email: spieslegal@aol.com

ATTORNEYS FOR DEFENDANT MO YUN