IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, LIN YONG, and MO YUN<br><br>Defendants. | Case No. 4:13-CR-147<br><br>MO HAILONG'S NON-RESISTANCE TO GOVERNMENT'S MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Defendant Mo Hailong hereby states that he does not resist the government's request for a court order excluding the time from April 30, 2014 to December 1, 2014 under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) of the Speedy Trial Act because the ends of justice served by granting the continuance outweigh the best interests of Mr. Mo and the public in a speedy trial, in light of the fact that the case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself before December 1, 2014.

WEINHARDT & LOGAN, P.C.

By ______________________
Mark E. Weinhardt AT0008280
Holly M. Logan AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
hlogan@weinhardtlogan.com

MARK BECK LAW, A PROFESSIONAL CORPORATION

By */s/ Mark Beck*
Mark Beck (Admitted pro hac vice)

350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com
ATTORNEYS FOR MO HAILONG, ALSO KNOWN AS ROBERT MO

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on 9/22, 2014, by

☐ U.S. Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier ☒ CM / ECF

Jason T. Griess
Marc Krickbaum
Assistant U.S. Attorneys
jason.griess2@usdoj.gov
marc.krickbaum@usdoj.gov

Leon F. Spies
Mellon & Spies
Spieslegal@aol.com

Terry W. Bird
Gary S. Lincenberg
Peter J. Shakow
Ariel A. Neuman
Bird, Marella et al.
twb@birdmarella.com
gsl@birdmarella.com
pjs@birdmarella.com
aan@birdmarella.com

ATTORNEYS FOR MO YUN

Signature: M. Baldus