IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING, et al.,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL (UNRESISTED)** |

Defendant Mo Yun hereby requests leave of this Court to file under seal her motion to continue her current travel under the same terms and conditions as previously authorized by this Court. In support of this motion, Ms. Mo states as follows:

1. The reason for Ms. Mo's request to extend her travel is personal and unrelated to the facts and allegations of the present case.

2. There has been extensive national and international media interest in this case, including attempts to videotape Ms. Mo's co-defendant.

3. Undersigned counsel has spoken with AUSA Jason Griess about this motion. The parties are in agreement that the details regarding Ms. Mo's request to extend her travel should be filed under seal.

WHEREFORE, Defendant Mo Yun requests that this Court grant her motion for leave to file under seal her motion to extend her travel and brief and proposed order in support of same.

DATED: December 23, 2014

Respectfully submitted,

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: /s/ Peter J. Shakow

Terry W. Bird
Gary S. Lincenberg
Peter J. Shakow
Ariel A. Neuman

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: twb@birdmarella.com

ATTORNEYS FOR DEFENDANT MO YUN

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2014, I electronically filed the foregoing with the Clerk of Court using the CM EFC system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by ECF/Electronic filing.

Executed on December 23, 2014, at Los Angeles, California.

/s/ Alicia Eastman

Alicia Eastman
Legal Assistant
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
telephone 310-201-2100