IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING, et al,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**DECLARATION OF TERRY W. BIRD IN SUPPORT OF DEFENDANT MO YUN'S MOTION TO SUPPRESS STATEMENTS MADE AT LOS ANGELES INTERNATIONAL AIRPORT** |

I, Terry W. Bird, declare as follows:

1. I am a partner at the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., and represent defendant Mo Yun in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Filed under seal as Exhibit A hereto is a true and correct copy of an FBI witness interview report ("302") relating to the interrogation and arrest of Mo Yun at Los Angeles International Airport on July 1, 2014, produced to Ms. Mo by the government in this case.

3. Filed under seal as Exhibit B hereto is a true and correct copy of a transcript of that same interrogation of Mo Yun, which was also provided to Ms. Mo by the government in this case. The transcript was presumably prepared by government agents, but in any event was not prepared by Ms. Mo.

/ / /

4. Lodged with the Court and filed under seal as Exhibit C hereto is a disk labeled:

United States of America v. Li Shaoming, et al., Case No. 4:13-cr-147
FILED UNDER SEAL
AUDIO RECORDINGS LODGED IN SUPPORT OF DEFENDANT MO YUN'S BRIEF IN SUPPORT OF HER MOTION TO SUPPRESS STATEMENTS MADE AT LOS ANGELES INTERNATIONAL AIRPORT

This disk contains a true and correct copy of four electronic data files produced by the government in this case and together purporting to be an audio recording of Ms. Mo's July 1, 2014 interrogation at LAX.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 27, 2014, in Los Angeles, California.

/s/ Terry W. Bird
Terry W. Bird

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM EFC system.  I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by ECF/Electronic filing.

Executed on March 27, 2015, at Los Angeles, California.

      /s/ Alicia Eastman
Alicia Eastman
Legal Assistant
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
telephone 310-201-2100

3146155.1