# EXHIBIT B

# Filed Under Seal