# EXHIBIT C

# Lodged with the Court
# Filed Under Seal