IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LI SHAOMING, et al,<br><br>　　　　Defendants. | Criminal No. 4:13-cr-147<br><br>**DECLARATION OF TERRY W. BIRD IN SUPPORT OF DEFENDANT MO YUN'S MOTION *IN LIMINE* TO EXCLUDE STATEMENTS AND ACTS OF ALLEGED CO-CONSPIRATORS** |

I, Terry W. Bird, declare as follows:

1. I am a partner at the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., and represent defendant Mo Yun in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Filed under seal as Exhibit 1 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 27 of the Superseding Indictment, as well as a translation thereof.

3. Filed under seal as Exhibit 2 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 28 of the Superseding Indictment.

4. Filed under seal as Exhibit 3 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 29 of the Superseding Indictment.

5. Filed under seal as Exhibit 4 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 30 of the Superseding Indictment.

6. Filed under seal as Exhibit 5 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 31 of the Superseding Indictment, as well as a translation thereof.

7. Filed under seal as Exhibit 6 hereto is a true and correct copy of a document produced to Ms. Mo by the government in this case and purporting to be the basis for the allegations in ¶ 32 of the Superseding Indictment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 27, 2014, in Los Angeles, California.

/s/ Terry W. Bird
Terry W. Bird

# EXHIBITS 1-6 FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM EFC system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by ECF/Electronic filing.

Executed on March 27, 2015, at Los Angeles, California.

      /s/ Alicia Eastman
Alicia Eastman
Legal Assistant
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
telephone 310-201-2100