# EXHIBIT 1

| Date | Defendant | Description |
|---|---|---|
| 3/25/2014 | Mo Hailong | • Tahoe listening device audio; • Pole camera videos of Adel storage locker and Monee farm; • Aerial surveillance footage |
| 4/25/2014 | Mo Hailong | • 3TB removable drive containing all digital devices seized from MO's residence, office, and Kings Nower offices in Naperville, Illinois; • Interview reports • Ford Escape listening device audio; • GPS tracking data for Chevy Tahoe |
| 6/6/2014 | Mo Hailong | • Nearly all the surveillance logs and reports documenting physcial surveillance |
| 6/20/2014 | Mo Hailong | • Grand Jury records; • Additional aerial surveillance photos; • Additional reports. |
| 7/3/2014 | Mo Hailong | • Additional interview reports; • Inventory of seized items from WANG Hongwei at Canadian border |
| 7/17/2014 | Mo Yun | • Documents from the 3TB removable drive that implicate Mo Yun in the conspiracy |
| 7/24/2014 | Mo Yun | • All previous discovery provided to Mo Hailong |
| 7/31/2014 | Mo Hailong; Mo Yun | • Pole camera footage from MO Hailong residence; • Documentation on arrest and interview of MO Yun; • Additional grand jury records from Yahoo and Google for MO Yun's email accounts |
| 8/28/2014 | Mo Hailong; Mo Yun | • MO Hailong's A-File; • Search warrant results for MO Yun's iPhone; Misc FBI reports and interviews |
| 9/9/2014 | Mo Hailong; Mo Yun | • Additional FBI reports; • additional surveillance log and video; • Forensic report for MO Yun iPhone analysis; • Additional grand jury records |
| 9/19/2014 | Mo Hailong; Mo Yun | •3 boxes of physical materials seized by search warrant from MO Hailong's residence |
| 10/10/2014 | Mo Hailong; Mo Yun | • Full content of emails and phone calls by MO Hailong and YE Jian; • Additional FBI reports |
| 10/20/2015 | Mo Hailong; Mo Yun | • Additional phone calls and emails of MO Hailong and YE Jian |
| 1/30/2015 | Mo Hailong; Mo Yun | • Video of LI Shaoming and YE Jian packaging corn at Infinite Storage; • GPS tracking data for Ford Escape and Dodge Journey; • Search warrant data for Yahoo email accounts; • Additional surveillance video; • Confidential Human Source (CHS) reports; • Additional grand jury documents. |

| | | |
|---|---|---|
| 2/24/2015 | Mo Hailong; Mo Yun | • Cell site tracking data; • Results of trash covers; Additional FBI reports and few remaining CHS reports |
| 3/16/2015 | Mo Hailong; Mo Yun | • Items identified by the defense as missing or incomplete |
| 3/25/2015 | Mo Hailong; Mo Yun | • Repaired version of pole camera video of MO Hailong residence |
| 4/3/2015 | Mo Hailong; Mo Yun | • Relevant documents and files from Lijuan Zhao mirror image; • Recorded interview reports • Repaired version of pole camera video of Monee farm |