# EXHIBIT 2

*Missing Enclosures Identified Based on References in Material Produced by the Government*

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 4/25/14 | 288838478Affidavit_for_Search_Warrant_12M621 | 10/23/12 | Affidavit for Search Warrant for the contents of the CBP evidence bag bearing markers No. L0869492 and CBP 6051 No. 356647 | Paragraph 14 of the Affidavit references "the deputy's report" and "a telephonic interview of the deputy." | None. | • The "deputy's report" referenced in the Affidavit.<br>• The FBI summary of the "telephonic interview of the deputy." |
| 4/25/14 | U__Interview_of_Dale_Dola | 5/8/13 | 302: Interview with Dale Dolash | The 302 states Dale Dolash was previously interviewed. | None. | Summary of Dale Dolash interview prior to May 8, 2013. |
| 6/20/14 | Report of Betten re surveillance 11-30-11 | 4/16/12 | 302: Report of Betten re Surveillance | The 302 states "On 2/10/2012, SA Betten emailed pictures of MO, WANG, and SHAOMING LI taken in September 2011 to ATHERTON and MOORE." | None. | SA Betten email and pictures of MO, WANG, and SHAOMING LI taken in September 2011 to ATHERTON and MOORE. |
| 6/20/14 | Interview of Vercel Barnes | 4/16/12 | 302: Interview with Vercel Barnes | The 302 states: "BARNES is aware of the incident in September 2011 when the Polk County Sheriff's Office responded to two suspicious Asian males near his field. BARNES did not see the individuals, but BARNES' brother saw them. BARNES' brother said he saw the two with their heads down and doing something suspicious in the field. BARNES' brother said he knew the two Asian males were up to something that they were trying to hide." | None. | 302 of interview with Vercel Barnes's brother, if any. |
| 6/20/14 | 517_declass | 7/12/12 | 1A entries from MST coverage and aerial photos. | 1. 06/05/2012 Aerial Photo CD;<br>2. 06/14/2012 Aerial Photo CD;<br>3. MUDDY HOOVES notes from 5/20/2012;<br>4. MUDDY HOOVES original copy of photos from 05/20/2012;<br>5. Original Surveillance photos of MUDDY HOOVES, 05/20/2012;<br>6. Photos of unsubs fishing with MUDDY HOOVES, 05/20/2012;<br>7. DVD copy of pictures with MUDDY HOOVES and unsubs fishing, 05/20/2012;<br>8. Original photos of MUDDY HOOVES and unsubs fishing, (DVD) , 05/20/2012. | • The aerial photo CDs were produced.<br>• Twenty-four photos of Robert fishing (this assumes that these photos encompass 4 through 8 on the list). | MUDDY HOOVES notes from 5/20/2012. |
| 6/20/14 | Li Shaoming and Ye Jian's CBP-detained bags Memo (Serial 68) | 9/30/12 | 302: FBI Search Memo for Li Shaoming and Ye Jian's CBP-detained bags from 09/30/2012. | • "Approximately thirty subway napkins" that contained corn seeds detained from Ye Jian's checked luggage.<br>• Corn seeds detained from Ye Jian's person. | Photo of an unknown number of bags containing Subway napkins allegedly containing corn seeds seized from Ye Jian (no pictures of actual seeds). | Corn seeds allegedly found on Ye Jian's person.<br>Corn seeds allegedly found on Li Shaoming's person.<br>No pictures of brown paper bags provided. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 6/20/14 | Ye Jian's CBP-detained bag Memo (Serial 66) | 10/24/12 | 302: FBI Search Memo for Ye Jian's CBP-detained bag from 09/30/2012. | • Search Warrant for contents of CBP evidence bag bearing markers: No. L0869492 and CBP 6051 No. 356647.<br>• Spreadsheet detailing items seized at O'Hare on 9/30/2012.<br>• Department of Homeland Security evidence bag bearing markers: No. L0869492 and CBP6051 No. 356647.<br>• One Orville Redenbacher's Pop Up Bowl microwave popcorn box containing: one partial corn cob with multiple kernels of corn wrapped in napkin; one loose corn kernel; approximately 100 napkin/tissue pieces wrapped around kernels of corn; and three plastic bags containing kernels of corn.<br>• One Orville Redenbacher's Natural Gourmet Popping Corn: Buttery Salt + Cracked Pepper Mini 4 Bag box .<br>• One CBP evidence bag bearing markers: No. G 016303 and UA Tag # 4016164847, which contained 31 napkin/tissue pieces wrapped around corn kernels.<br>• Six un-opened Orville Redenbacher's Gourmet Popping Corn Pop Up Bowls.<br>• Four un-opened Orville Redenbacher's Natural Gourmet Popping Corn microwave single serve mini bags. | • Search Warrant for the contents of the CBP evidence bag bearing markers: No. L0869492 and CBP 6051 No. 356647, with Attachment A: Items to be searched, and Attachment B: List of items to be seized.<br>• Copy of Inventory Return.<br>• Court Order from the U.S. District Court for the Northern District of Illinois sealing the Search Warrant, Application, and Affidavit until December 22, 2012.<br>• Hand written notes detailing bags and quantities from an Orville Redenbacher's Pop-up bowl, an Orville Redenbacher's Natural Gourmet popping corn, and small evidence bag.<br>• Spreadsheet detailing items seized at O'Hare on 9/30/2012.<br>• Affidavit for Search Warrant.<br>• Government's Motion to Seal Search Warrant, Application, and Affidavit and Delay Notice of the execution of the Warrant. | Physical evidence of Homeland Security evidence bag, Orville Redenbacher's Pop Up Bowl, Orville Redenbacher's Natural Gourmet Popping Corn, CBP evidence bag, un-opened bowls, and un-opened mini bags not provided. |
| 6/20/14 | serial92_declass<br>serial96_declass | 11/19/12 | 302: FBI Drove to Various Cities in Illinois. | Report concerning interview with Jon Calease (Monsanto) referenced in FD-302s. | None. | Report concerning interview with Jon Calease (Monsanto). |
| 6/20/14 | 100_declass | 12/18/12 | Document procedure and results for lab testing of seed by BioDiagnostics, Inc. on 11/15/2012. | 1. (U) Betzel and Blackstad Emails to SA Betten;<br>2. (U) Isozyme spreadsheet ("FBI-Omaha Division isozyme Electrophoresis Genotype Report Samples 1014703-1014721_1014894-1014895_11-26-12.xls") attached to Betzel's 11/26/12 email;<br>3. (U) Excel spreadsheet ("FBI 112112 Data Summary.xlsx") Data Summary attached to Blackstad's 11/27/12 email;<br>4. (U) Excel spreadsheet ("FBI sample comparison to KS-1 and KS-2.xlsx") FBI sample comparison attached to Blackstad's 11/27/12 email;<br>5. (U) PDF Dendogram and PCA by Sample attachment ("FBI Dendogram and PCA by sample.pdf") to Blackstad's 11/27/12 email. | None. | 1. (U) Betzel and Blackstad Emails to SA Betten;<br>2. (U) Isozyme spreadsheet ("FBI-Omaha Division isozyme Electrophoresis Genotype Report Samples 1014703-1014721_1014894-1014895_11-26-12.xls") attached to Betzel's 11/26/12 email;<br>3. (U) Excel spreadsheet ("FBI 112112 Data Summary.xlsx") Data Summary attached to Blackstad's 11/27/12 email;<br>4. (U) Excel spreadsheet ("FBI sample comparison to KS-1 and KS-2.xlsx") FBI sample comparison attached to Blackstad's 11/27/12 email;<br>5. (U) PDF Dendogram and PCA by Sample attachment ("FBI Dendogram and PCA by sample.pdf") to Blackstad's 11/27/12 email. |
| 6/20/14 | 303_declass | 12/11/13 | 302: FBI Interview of Gang Wan conducted in person in Johnston, Iowa. | • Photo array shown to Gang Wan.<br>• Gang Wan's writing of company name in Chinese. | Photo array shown to Gang Wan. | Gang Wan's writing of seed company in Chinese. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 6/20/14 | 295_declass | 12/17/13 | 302: FBI Search Warrant Executed on 12/11/2013 at Mo Hailong's Florida residence. | General Evidence Seized:<br>a) enclosed sketch for location reference;<br>1-3) Box 1-3 Financial, Tax and Scientific Documentation From Room C;<br>4) Financial Documents, Scientific Documentation;<br>5) Seed Samples.<br><br>CART Evidence Seized:<br>b) enclosed sketch for location reference;<br>1) Lenovo ThinkPad s/n: R9-WHGXU Room B-desk;<br>2) iPhone model A1429 IMEI: 990002719060723 Room B desk with charger;<br>3) SanDisk Cruzer micro 2GB USB drive and Ativa 4GB USB drive Room B-bag on desk;<br>4) Sony 4GB USB thumb drive Area 1;<br>5) Lenovo B570 s/n: WB03500130 with charger Area 1;<br>6) 2GB USB thumb drive labeled CHANTLAND Room C-desk;<br>7) IBM ThinkPad s/n: L3-CCN27 Room C;<br>8) Lenovo All-In-One Config # 57311582, s/n: VS80030015 with power supply Area C; (continued below) | We received six attachments in the 8/28/14 production for the 295_declass document.<br>• Administrative Worksheet/Summary of search scene, times and personnel involved;<br>• Sketch diagram of Candle Ct. residence (received);<br>• Evidence Recovery Log consisting of 5 items;<br>• Form FD-597 Receipt for 15 items seized from MO at residence;<br>• Form FD-597 Receipt for 5 items seized from Ping Li at residence (cf. #3, supra.); and<br>• F2 Consent to search computers (Apple and iPhone 5), signed by Ping Li. | • We need the government to confirm that all the documents seized from Robert's residence have been produced.<br>• Disc containing digital images and contact sheets, and seed samples. |
| | | | | 9) External USB hard drive model HD-D2-U2 Room C with power cord;<br>10) Hitachi 80 GB hard drive model HDS728080PLA380, s/n: PFDBU0SYU82P3X Room C;<br>11) Hitachi hard drive 320 GB, HTS725032A9A362 s/n: 100601PCK304VKJV049J Room B-desk;<br>12) Garmin Nuvi 350 s/n: 107250045 with charger Room B-desk with 2GB SanDisk SD cord;<br>13) Nokia cell phone model 1616-2C IMEI: 012569/00/3773664/OW/SIMCARD Room B-desk;<br>14) K-Touch cell phone model 8618 s/n: 2619151025422731 with 2GB micro SD card and SIM card Room B-desk;<br>15) Power Rover Charger labeled "Phibro Animal Health Corporation" Room B. | | |
| 6/20/14 | 307_declass | 12/20/13 | Search warrants for Mo's property. | 1. 7777 Glades warrant and seal order;<br>2. 22130 Candle warrant and seal order. | 7777 Glades Rd. warrant and seal order. | 22130 Candle affidavit, and seal order. |
| 6/20/14 | 315_declass | 1/14/14 | 302: FBI Interview of Deng Lang conducted in person at the offices of Pioneer Inc., in Johnston, Iowa. | "Deng wrote the Chinese caricature of the company name on the author's notepad."<br>• List of photographs numbered 1-8;<br>• Photocopy of email between Zhao Lijuan and Lang Deng dated 6/13/2011 | • List of photographs numbered 1-8.<br>• Photocopy of email between Zhao Lijuan and Lang Deng dated 6/13/2011" | Name of Chinese character of company name that Deng wrote on the FBI agent's notepad. |
| 6/20/14 | U__Photographs_and_sketch | 1/15/14 | 302: FBI Search Warrant Photographer and Sketch for in person search in Boca Raton, Florida. | "An original CD containing the photographs take, photographic log, and sketch have been placed in a 1A and are attached to this document." | Photo log and sketch. | Photographs. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 6/20/14 | 320_declass | 1/30/14 | Review of items seized from the search warrants conducted on Mo Hailong's property. | 1. Translation of Mo's documents;<br>2. Summary list of evidentiary documents;<br>3. Evidence items 1B2, 1B3, 1B4, 1B5, 1B6, 1B22, 1B23, 1B24, and 1B25 | Received the summary list of evidentiary documents. | Missing translation of Mo's documents, summary list of evidentiary documents, and confirmation that all evidentiary items seized were produced. |
| 6/20/14 | Sprint Phone Records 1A23.pdf | 11/8/11 | Sprint Subscriber information from 03/01/2011 to 10/17/2011 for 352-220-7232. | Response to National Security Letter. | None. | National Security Letter. |
| 6/20/14 | Citi Bank records for Kings Nower 1A18.pdf | 6/19/12 | Citibank Records Check and Account statements from 12/09/2011 to 05/31/2012 for Kings Nower North America. | Response to letter dated 5/31/2012. | None. | Letter dated 5/31/2012. |
| 6/20/14 | JP Morgan 1A21.pdf | 6/19/12 | JPMorgan Chase Credit Card Statements from 01/01/2011 to 06/01/2011 for Mo Hailong and DBN Technologies, LLC. | Response to "Subpoena Type: National Security Letter." | None. | National Security Letter. |
| 6/20/14 | ING Financial records re MO Accts.pdf | 6/27/12 | ING Direct's response to Executive Order/ National Security Letter dated 05/22/2012 - Hailong Mo (aka Robert Mo). | Response to National Security Letter. | None. | National Security Letter. |
| 6/20/14 | Citibank records for Kings Nower 1A13.pdf | 7/23/12 | Citibank Business Deposit Account Application from 12/10/2011 for Kings Nower North America. | Response to letter dated 5/31/2012. | None. | Letter dated 5/31/2012. |
| 6/20/14 | Heartland Coop Records 1A14.pdf | 7/31/12 | Heartland Co-op Grain Settlements and Address Change for Customer Mo Hailong. | Response to letter dated 5/31/2012. | None. | Letter dated 5/31/2012. |
| 6/20/14 | Heartland Coop Records 1A15.pdf | 9/5/12 | Heartland Co-op Grain Settlements for Customer Mo Hailong. | Response to letter dated 8/8/2012. | None. | Letter dated 8/8/2012. |
| 6/20/14 | Wells Fargo Home Mortgage 1A16.pdf | 9/6/12 | Wells Fargo Home Mortgage response regarding Robert Mo. | Response to "Correspondence/Subpoena request." | None. | Correspondence/Subpoena request. |
| 6/20/14 | Verizon records for Mo 1A17.pdf | 12/11/12 | Verizon response to NSL for 561-989-4481 shows "CDR Location Details." | Response to National Security Letter. | None. | National Security Letter. |
| 7/3/14 | U_Interview of Jennifer Johnson | 5/29/14 | 302: FBI Interview of Jennifer Johnson conducted in Des | Product IDs for P2088HR and P063AM1. | None. | Product IDs for P2088HR and P063AM1. |
| 7/31/14 | U__CBP_Detainer_Details_f.pdf | 7/1/14 | Immigration Detainer - Notice of Action for Mo Yun dated | FBI-302 attaching DHS Form I-24 "Immigration Detainer - Notice of Action" for Mo Yun | Portions of "Immigration Detainer - Notice of Action" for Mo Yun. | Pages 2 and 3 from DHS Form I-24 "Immigration Detainer - Notice of Action" for Mo Yun. |
| 8/28/14 | _1770153733DBNSEARCH_2013_12_13_10_19_13_791_1.pdf | 12/11/13 | Search of DBN Offices in Boca Raton, FL on 12/11/2013. | Original photographs, FD-597s, Search Sign-In Log and Evidence Recovery Logs | Search and Seizure Warrant for DBN's Boca Raton, FL offices; crime scene sign-in log; two evidence recovery logs with items noted; and two FD-597 receipts for property seized with items noted. | Original photographs. |
| 9/9/14 | _172868845854425_serial_8_declass.docx | 5/15/12 | Outbound interviews of Lin Yong and Ye Jian at Seatac Airport in Seattle, Washington. | "Photocopies of all relevant business cards and written material will be submitted under separate cover. Seattle considers this lead covered. " | None. | Photocopies of all relevant business cards and written material. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 9/9/14 | 1A10_Homestead Suites Receipt_attachment to serial 11.pdf | 8/25/12 | Ye Jian's receipt for the Homestead Studio Suites Chicago/ Westmont arriving 8/18/2012 and departing 8/26/2012. | | Ye Jian's receipt for the Homestead Studio Suites in Westmont, Illinois (8/18 -8/26/2012) (duplicate). | Serial 11. |
| 9/9/14 | Serial_653_Procedure to review MO Yun iPhone data.pdf | 8/11/14 | 302: Procedure to review Mo Yun's iPhone data. | Translations of pertinent materials. | None. | Translations of pertinent materials. |
| 9/9/14 | DOJ Production Letter | 9/9/14 | | • USAO Bate 879 – (U) Original surveillance log of Hailong Mo on 10/23/12.<br>• USAO Bate 1479 – Surveillance video of Ye Jian on 11/29/12.<br>• USAO Bate 59 – (U) Surveillance conducted of Mo Hailong.<br>• USAO Bate 394 – (U) To report results of investigation and to report lead covered.<br>• USAO Bate 1066 – (U) TO DOCUMENT RESULTS OF PHYSICAL SURVEILLANCE<br>• USAO Bate 1080 – (U) TO DOCUMENT THE ATTACHMENT OF SLAP ON TRACKING | • USAO Bate 59 – (U) Surveillance conducted of Mo Hailong.<br>• USAO Bate 394 – (U) To report results of investigation and to report lead covered. | • USAO Bate 879 – (U) Original surveillance log of Hailong Mo on 10/23/12.<br>• USAO Bate 1479 – Surveillance video of Ye Jian on 11/29/12.<br>• USAO Bate 1066 – (U) TO DOCUMENT RESULTS OF PHYSICAL SURVEILLANCE<br>• USAO Bate 1080 – (U) TO DOCUMENT THE ATTACHMENT OF SLAP ON TRACKING |
| 9/9/14 | 1A10_Photo of YE Jian Inside Walmart_attachement to serial 11.JPG | None. | Photograph of Ye Jian inside a Walmart. | | Photograph of Ye Jian inside a Walmart (duplicate). | Serial 11. |
| 1/30/15 | correspondence.pdf | 11/3/11 | Google correspondence with FBI regarding Court Order to produce certain informatin regarding LIJUAN.ZHAN82@GMAIL.COM. | The FBI obtained a Court Order to obtain (1) Subscriber Information for Gmail accout, LIJUAN.ZHAN82@GMAIL.COM; (2)Information regarding session timestamps and originating IP address for logins by this account for the dates as requested in the Court Order; and (3) a CD containing the email headers available in the Gmail account for the dates as requested. | We have the Application, Order, and correspondence from Google regarding this request, but it is unclear if Google returned information. | (1) Subscriber Information for Gmail accout, LIJUAN.ZHAN82@GMAIL.COM; (2) Information regarding session timestamps and originating IP address for logins by this account for the dates as requested in the Court Order; and (3) a CD containing the email headers available in the Gmail account for the dates as requested. |
| 1/30/15 | App and Aff.pdf | 3/29/12 | Application and Affidavit for Search Warrant for Deng Lang and Mo Hailong's Yahoo accounts. | Paragraph 22 of the affidavit states: "An analysis of Mo's cellular telephone records reveals that he has had extensive telephonic contact with both Zhao and Deng," from January 1, 2011 to November 1, 2011.<br><br>In Paragraph 23, Agent Betten states that Stine Seed provided the FBI with a hard drive that contains a mirror image of Zhao Lijuan's company-issued laptop after being served with a federal grand jury subpoena. | None. | • We are missing any of Robert's phone logs for the time period between 1/1/11 to 3/1/11, and from 10/17/11 to 11/1/11.<br>• A hard drive that contains a mirror image of Zhao Lijuan's Stine Seed issued laptop. |
| 1/30/15 | Serial 710 Monsanto Seed Disclaimer Language on Bags | 5/4/12 | 302: FBI interview with Robert Stewart on 5/4/2012 | Interview of Robert Stewart, Monsanto's Global Security Manager. 302 notes that Stewart provided the FBI with "some documents that discuss limitations, warranty, and a stewardship agreement." | None. | "[Monsanto] documents that discuss limitations, warranty, and a stewardship agreement." |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 1/30/15 | CHS_1 Reporting Files 1 of 2.pdf | 9/2011 - 4/2012 | Reports from CHS (9/2011 - 4/2012). | • SA Betten reviewed emails between Lijuan Zhao and Deng Lang where Zhao tells Deng she has the regulatory sequence and donor genes for HCEM485. CHS also shown a photograph of Lang Deng.<br>• CHS provided business cards of individuals Stine executives met with during their trip to China.<br>• SA Betten emailed copy of Mo Hailong's Florida driver's license photo to CHS.<br>• Email exchange between SA Betten and CHS about Zhao Lijuan hosting DBN executives.<br>• Photos taken of Stine and DBN executives outside the Shanghai restaurant.<br>• CHS stated he would email a copy of Stine's computer use policies to SA Betten, which he did.<br>• November 14, 2011 email exchange between FBI and CHS.<br>• CHS asked about 12/30/10 email from Zhao Lijuan to Mo Hailong.<br>• CHS shown a copy of a French agricultural certificate, attached to email between Zhao Lijuan and David Liu on 1/10/11, and then forwarded to Robert on 1/18/11.<br>• Photos of inbred and hybrid corn/soybean seeds for reference purposes. | • 6/13/11 email between Zhao Lijuan and Deng Lang regarding donor genes and regulatory sequence;<br>• Photos taken of Stine and DBN executives outside the Shanghai restaurant;<br>• Photos of inbred and hybrid corn/soybean seeds for reference purposes;<br>• 12/30/10 email from Zhao Lijuan to Mo Hailong.<br>• Copy of French agricultural certificate, attached to 1/18/11 email between Zhao Lijuan and Mo Hailong. | • Copy of Deng Lang's photograph;<br>• Copies of business cards;<br>• Driver's license photo of Mo Hailong attached to email between SA Betten and CHS;<br>• Email exchange between SA Betten and CHS about Zhao Lijuan hosting DBN executives;<br>• Email attaching Stine's computer use policies;<br>• November 14, 2011 email exchange between FBI and CHS.<br>• 1/10/11 email between Zhao Lijaun and David Liu. |
| 1/30/15 | CHS_1 Reporting Files 2 of 2.pdf | 5/2012 - 10/2013 | Reports from CHS (5/2012 - 10/2013). | • CHS asked for further explanation on seed testing agreements that the CHS emailed to SA Betten on 5/18/12 and 5/21/12.<br>• Zhao emailed CHS advising that she spoke to Robert from DBN, and Robert said that DBN did not plant any Chinese seeds on his farm.<br>• CHS provided SA Betten with itinerary for the Chinese National Seed Association visit to the ASTA conference in December 2012.<br>• CHS emailed SA Betten attachments containing draft itineraries for the ASTA conference and the Chinese National Seed Association delegate listing.<br>• CHS emailed SA Betten an attachment containing the itinerary for CNSA delegates for the ASTA conference.<br>• CHS emailed three attachments to the FBI: (1) US-China Seed Forum draft120312 (2).doc; (2) Overall itinerary for CNSA_CSS_1113.doc; (3) Final-CNSA_CSS_Delegation_Registration-11.14.xls.<br>• CHS emailed photo of Ye Jian to SA Betten.<br>• CHS emailed copy of contract signed by Zhao Lijuan with Stine to SA Betten on 3/29/13. | None. | • Seed testing agreements sent by CHS to SA Betten on 5/18/12 and 5/21/12;<br>• Email from Zhao to CHS advising that DBN did not plant any Chinese seeds on his farm;<br>• Itinerary for Chinese National Seed Association visit to ASTA conference in December 2012;<br>• Draft itineraries for ASTA conference and the Chinese National Seed Association delegate listing;<br>• Itinerary for CNSA delegate for ASTA conference;<br>• Three attachments from CHS email to FBI: (1) US-China Seed Forum draft120312 (2).doc; (2) Overall itinerary for CNSA_CSS_1113.doc; (3) Final-CNSA_CSS_Delegation_Registration-11.14.xls;<br>• Photo of Ye Jian emailed to SA Betten by CHS;<br>• Copy of 3/29/13 contract sgined by Zhao Lijuan and Stine. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 1/30/15 | CHS_2 Reporting.pdf | 9/2012 - 6/2014 | Reports from CHS (9/2012 - 6/2014). | • CHS and SA Betten discuss late August 2013 email exchange between Mo Hailong and CHS.<br>• CHS received an email from Mao Li on or about May 28, 2014 indicating that the CHS would need to contact Mo.<br>• Mo emailed CHS on June 4, 2014, asking CHS if he knew any farmers that could help farm the Monee farm. | None. | • Late August 2013 email exchange between Mo Hailong and CHS;<br>• May 28, 2014 email from Mao Li to CHS;<br>• Email exchange between CHS and Mo in June 2014 regarding Monee farm. |
| 1/30/15 | Motion to seal, Order and SW on residence.pdf | NOT DATED OR EXECUTED | [Draft] Affidavit for warrant application for search of 22130 Candle Court and 7777 Glades Rd. | The affidavit describes "court-authorized surveillance" of Robert's Gmail and Yahoo accounts during Feburary and March, 2013, indicating the government was monitoring the accounts, not simply requesting stored emails. | Unsigned search warrant affidavit. | • Signed affidavit authorizing surveillance of robertmoyh@yahoo.com and robertmo@gmail.com accounts in 2013;<br>• Order authorizing government's surveillance of Robert's Gmail and Yahoo accounts. |
| 1/30/15 | OM-2524193 Serial 129 Declass.pdf | 5/17/12 | Declassified FBI Report | • 284G-OM-54106 Serial 58<br>• 284G-MM-115477 Serial 64 | None. | • 284G-OM-54106 Serial 58<br>• 284G-MM-115477 Serial 64 |
| 1/30/15 | Serial 674 Jennifer Johnson Meeting.pdf | 10/22/14 | 302: FBI interview with Jennifer Johnson. | • "JOHNSON reviewed documents previously provided by Pioneer Hi-Bred--either voluntarily or pursuant to Grand Jury subpoenas--during the court of the investigation . . . " | None. | • Any documents that Jennifer Johnson reviewed during this interview. |
| 1/30/15 | 58939405.pdf | 7/11/12 | 1057: Pioneer case status update. | • "Atherson was also asked about the status of a subpoena for the Pioneer grower field and research facility locations . . . Atherton also advised that they could release the surveillance footage and access card information for SUN Shukuy on 5/1/2012 upon receipt of a subpoena." | None. | • Subpoena regarding Pioneer grower field and research facility locations, and Pioneer's response<br>• Surveillance footage and access information for SUN Shukuy, and grand jury subpoena |
| 1/30/15 | 85314919.pdf | 4/20 - 5/21/12 | 302: FBI Summary of notifications given to Pioneer between 4/20 and 5/21/2012. | "5/21/2012: Meeting at Des Moines RA with Bill Neibur and other Pioneer personnel (documented in a separate EC)." | None. | Separate EC documenting 5/21/12 meeting with Bill Neibur and other Pioneer personnel. |
| 1/30/15 | 85299645.pdf | 9/28/12 | 302: GPS Tracking Device placed on Ford Escape 9/28 - 9/30/2012. | • GPS tracking data for Ford Escape from 9/28/12 to 9/30/12 | None. | • GPS tracking data for Ford Escape from 9/28/12 to 9/30/12 |
| 1/30/15 | WU T5 Lane 15 02132012.avi | Unknown | Wu Hougang ORD 2/13/2012 video | • According to report, CDs containing video and still photos of Wu Hougang are enclosed . . . | A 5 minute file, but there is no video or sound. | • Playable version of video surveillance. |
| 2/24/15 | GRISHAM Interview on 01242012.pdf | 1/24/12 | 302: Interview of Michael Grisham | Visitor log & business card for Wang Lei placed in 1A envelope. | None. | Visitor log & business card for Wang Lei. |
| 2/24/15 | Serial 45 Response from Monsanto.pdf | 9/19/12 | To document response from Monsanto (redacted). | Original email from Robert Stewart on 10/04/2012. | None. | Original email from Robert Stewart on 10/4/12. |

| Production | File Name | Date | Title | Description/Enclosures Listed: | Enclosures Produced: | Missing Enclosures: |
|---|---|---|---|---|---|---|
| 2/24/15 | OM-54446-YJ SERIAL 3 Removal of GPS Dodge Journey.pdf | 9/29/12 | Tracking the removal of the object tracking device on Ye Jian's rented Dodge Journey. | Refuse collected from the car: (1) plastic bag with reddish color characters that appear to be Chinese; (1) Scotch brand Matte Finish Magic Tape dispenser with tape; (1) unopened Verizon Wireless brand replacement ear cushions package with (5) ear cushions; (1) plastic Subway bag with what appears to be corn kernals, dirt, and debris from a corn cob, and one rubber band; (1) napkin with 9-5-9-13:213, 9-19-9-22:106, and 9-14-9-18:43 written on it; (3) tags with rubber bands through a hole with the number 2471 written on them; (1) tag with a rubber band through a hole with 2276 written on it; (1) tag with a rubber band through a hole with 2468 written on it; (1) tag with a rubber band through a hole with L2010 written on it; (1) tag with a rubber band through a hole with L2011 written on it; (1) tag with a rubber band through a hole with L2012 written on it; and rubber bands; 12 kernels of corn. | None. | Any refuse the FBI collected from the car. |
| 2/24/15 | Serial 71 GPS Coords Comparison.pdf | 11/7/12 | To document comparison of GPS coordinates with Monsanto. | GPS Coordinates provided by FBI agents to Monsanto. | None. | GPS Coordinates provided by FBI agents to Monsanto. |
| 2/24/15 | CG-134492 SERIAL 32 CHEN INTERVIEW ON 12112013.pdf | 12/11/13 | 302: Interview of Cindy Chen | Photo array, 12/13/2013 email to FBI, written diagram of fund transfer, Maria Tai business card, signed consent and interview notes, all placed in 1A bag. | None. | • Photo array, 12/13/2013 email to FBI,<br>• Written diagram of fund transfer,<br>• Maria Tai business card,<br>• Signed consent and interview notes. |
| 2/24/15 | Serial 696 Monsanto Marker Receipt.pdf | 12/23/14 | Meeting with Monsanto regarding genetic markers for seed testing. | Genetic marker information from USB drive (12/23/14). | None. | Genetic marker information from USB drive (12/23/14). |
| 2/24/15 | Serial 699 Return Monsanto Markers.pdf | 1/15/15 | Meeting with Monsanto to return genetic marker information. | Genetic marker information from USB drive (12/23/14). | None. | Genetic marker information from USB drive (12/23/14). |
| 2/24/15 | Serial 714 Contact with Kathy Mayberry Feb 2015.pdf | 2/3/15 | 302: Interview with Kathy Mayberry | "Mayberry provided a USB thumb drive with an AgReliant Genetics logo. The information contained on the thumb drive had been previously requested by FBI Special Agent Mark Betten, Omaha Division." | None. | USB thumb drive with AgReliant information previously requested by Special Agent Betten. |