# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE STEPHANIE M. ROSE
Case No. 4:13-cr-147 : Court Reporter: Kelli Mulcahy
: Interpreter: N/A

..........................................................

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Mo Hailong<br>Mo Yun |

Plaintiff(s) Counsel: Jason T. Griess

Defendant(s) Counsel: Mark E. Weinhardt, Holly M. Logan, Mark E. Beck for Mo Hailong; Leon Fred Spies, Gary S. Lincenberg, Peter J. Shakow for Mo Yun

Issues before the Court: Motion Hearing

| Motion(s) for Ruling: | Ruling | / Ruling Reserved |
|---|---|---|
| [229] Motion for Consideration | | ✔ |

Proceedings:

9:34 Court in session.
Counsel for all parties are present and defendants' participate via phone.
9:49 Attorney Mark Weinhardt presents argument on behalf of Mo Hailong.
10:20 Attorney Gary Lincenberg presents argument on behalf of Mo Yun.
10:37 Government presents argument.
11:00 Attorney Mark Weinhardt presents rebuttal argument on behalf of Mo Hailong.
11:06 Attorney Gary Lincenberg presents rebuttal argument on behalf of Mo Yun.
11:09 Attorney Gary Lincenberg addresses Mo Yun's VISA.
11:14 Attorney Mark Weinhardt presents argument in regards to FISA on behalf of Mo Hailong.
Hearing to be set for May 1, 2015 at 2:00 p.m.
11:17 Adjourn.
Defendant Mo Hailong's Exhibits 1-16 are admitted by the court and will be retained pending ruling on motion.

Time Start: 9:34 am
Time End: 11:17 am
Date: April 22, 2015

/s./ K. Chrismer
Deputy Clerk