**Exhibit List in USA v. Shaoming et al, 4:13-cr-147**

**Defendant's Exhibits-Mo Hailong**

| No. | Date | Description | I | O | Obj | R | RSO | OS |
|---|---|---|---|---|---|---|---|---|
| 1 | 4/22/2015 | Discovery Timeline | | X | | X | | |
| 2 | 4/22/2015 | Mo Hailong Arraignment (Dkt. No. 29) | | X | | X | | |
| 3 | 4/22/2015 | Status Conference (Dkt. No. 50) | | X | | X | | |
| 4 | 4/22/2015 | Excerpt of October 1, 2014 hearing transcript | | X | | X | | |
| 5 | 4/22/2015 | Order (Dkt. No. 175) | | X | | X | | |
| 6 | 4/22/2015 | Excerpt of February 26, 2015 hearing transcript | | X | | X | | |
| 7 | 4/22/2015 | Order (Dkt. No. 214) | | X | | X | | |
| 8 | 4/22/2015 | Des Moines Register Articles re: U.S. v. Mo. | | X | | X | | |
| 9 | 4/22/2015 | Holst/Dolash 302's produced early in discovery regarding field incident(s) | | X | | X | | |
| 10 | 4/22/2015 | April 6, 2015 302 regarding field incident(s) | | X | | X | | |
| 11 | 4/22/2015 | DuPont Pioneer documents produced April 10, 2015 regarding field incident(s) | | X | | X | | |
| 12 | 4/22/2015 | March 6, 2015 302 of Bollman interview conducted September 24, 2011 (produced March 16, 2015) | | X | | X | | |
| 13 | 4/22/2015 | Guidance for Prosecutors Regarding Criminal Discovery, Department of Justice, January 4, 2010 (updated September 9, 2014) | | X | | X | | |
| 14 | 4/22/2015 | Email dated March 18, 2015 from Griess to Weinhardt, Beck, and Bird re: proposed protective order | | X | | X | | |
| 15 | 4/22/2015 | Email dated April 2, 2015 to Griess and Krickbaum from Weinhardt re: proposed stipulated protective order | | X | | X | | |
| 16 | 4/22/2015 | Email dated April 16, 2015 to Weinhardt, Beck, Bird, and Spies from Griess re: proposed protective order | | X | | X | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = admitted by pretrial order