IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,    )
                             )    Crim. No. 4:13-CR-00147
      v.                     )
                             )
MO HAILONG,                  )
                             )
      Defendant.             )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MO HAILONG'S
MOTION TO SUPPRESS NINE SEARCHES**

The court should deny defendant Mo Hailong's "Motion to Suppress Nine Unlawful Searches." (Dkt. 233). The motion states that "[t]o the extent that the government obtained a FISA warrant to conduct any of the searches challenged here, Mr. Mo's March 13, 2015 motion to suppress FISA evidence, rather than this motion, should govern. This motion applies only to those searches for which the government did not obtain supporting authorization from either a United States District Court or the FISA court." (Dkt. 233-1 at 3.) The government respectfully requests that the Court consider this motion in conjunction with, or subsequent to,

the government's response to defendants' Motion to Suppress Evidence Obtained

Under FISA. (Dkt. 224.)


Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By:      */s/ Marc Krickbaum*

Jason T. Griess
Marc Krickbaum
Virginia Bruner
Assistant United States Attorneys
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: marc.krickbaum@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2015, I electronically
filed the foregoing with the Clerk of Court using the
CM ECF system.  I hereby certify that a copy of this
document was served on the parties or attorneys of
record and the United States Probation Officer by:

____ U.S. Mail ____ Fax ____ Hand Delivery

 X  ECF/Electronic filing ___ Other means (email)

UNITED STATES ATTORNEY

By:    */s/ Jan Beane*
       Legal Assistant