IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, LIN YONG, and MO YUN,<br><br>Defendants. | Case No. 4:13-CR-147<br><br>REPLY BRIEF IN SUPPORT OF DEFENDANT MO HAILONG'S MOTION TO SUPPRESS GPS TRACKING OF HONDA CR-V VEHICLE BEARING FLORIDA LICENSE PLATE NUMBER 562WSK, VEHICLE IDENTIFICATION NUMBER JHLRE38398C010127 |

Defendant, Mo Hailong ("Mr. Mo") submits this reply brief in further support of his March 27, 2015 motion to suppress evidence obtained from the GPS tracking of a Honda CR-V vehicle bearing Florida license plate number 562WSK with vehicle identification number JHLRE38398C010127 and registered to Mr. Mo.

It its April 27, 2015 filing, the government advised the court that it does not plan to introduce any evidence obtained from the GPS tracking of Mr. Mo's CR-V in its case-in-chief. (Dkt. 290). Accordingly, the government stated that it did not oppose Mr. Mo's motion to suppress this search. (*Id.*).

Mr. Mo requests that the Court affirmatively grant his motion to suppress the "fruits" of this unlawful search, rather than tabling the motion as moot. Despite the government's decision to refrain from offering the CR-V tracking evidence in its case-in-chief, Mr. Mo's motion nonetheless extends to evidence that the government likely will offer at trial. The CR-V tracking data not only revealed Mr. Mo's trips to Costco and Walmart, which the government has apparently deemed irrelevant to its case, but also gave rise to other investigative steps, including

the GPS tracking of Mr. Mo's T-Mobile cell phone (authorized by a warrant dated April 23, 2012).[1] These other investigative steps constitute tainted "fruits" of the unlawful Honda CR-V tracking and must be suppressed. *See United States v. Villa-Gonzalez*, 623 F.3d 526, 534 (8th Cir. 2010) (The exclusionary rule "reaches not only primary evidence obtained as a direct result of an illegal search or seizure . . . but also evidence later discovered and found to be derivative of an illegality or fruit of the poisonous tree.") (citing *Segura v. United States*, 468 U.S. 796 (1984)).

The government bears the burden to show that the connection between the challenged evidence and the illegality is so attenuated as to dissipate the taint. *See United States v. Swope*, 542 F.3d 609, 613 (8th Cir. 2008) (quoting *Nardone v. United States*, 308 U.S. 338 (1939)). Mr. Mo will provide briefing to support his position as to what evidence constitutes the tainted fruits of the various illegal searches he challenges in this motion and his other motions to suppress. However, due to the number of challenged searches, it would be inefficient for the parties to engage in such briefing at this stage. Instead, Mr. Mo proposes that the parties engage in this briefing after the court rules on the motions, and that the briefing be limited to those searches that the court orders suppressed.

## CONCLUSION

For the foregoing reasons, the Defendant, Mo Hailong, requests that the Court grant his motion to suppress the fruits of the GPS tracking of his Honda CR-V vehicle.

---

[1] Due to the shroud of secrecy over many of the government's investigative techniques here, Mr. Mo is not in a position to assess whether many of the other investigative steps (such as the interception of his cell phone calls over a 19-month period beginning in May 2012) qualify as poisoned fruits of the illegal collection of his Honda CR-V GPS data.

WEINHARDT & LOGAN, P.C.

By /s/ _____
   Mark E. Weinhardt         AT0008280
   Holly M. Logan            AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
  hlogan@weinhardtlogan.com

MARK BECK LAW, A PROFESSIONAL CORPORATION

By /s/ _____
Mark Beck (Admitted pro hac vice)

350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com
ATTORNEYS FOR MO HAILONG, ALSO KNOWN AS ROBERT MO

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on ___May 11___, 2015, by

☐ United States Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier ☒ CM / ECF

Jason T. Griess
United States Attorney's Office
jason.griess2@usdoj.gov

Marc Krickbaum
marc.krickbaum@usdoj.gov

Leon F. Spies
Mellon & Spies
Spieslegal@aol.com

Terry W. Bird
Bird Marella
TWB@birdmarella.com

ATTORNEYS FOR MO YUN

Signature: *M. Baldus*

{02033208.DOCX} 5