IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, LIN YONG, and MO YUN,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No. 4:13-CR-147<br><br><br>REPLY BRIEF IN SUPPORT OF DEFENDANT MO HAILONG'S MOTION TO SUPPRESS NINE UNLAWFUL SEARCHES |

Defendant, Mo Hailong ("Mr. Mo") submits this reply brief in further support of his March 26, 2015 motion to suppress the fruits of the following nine unlawful searches:

1.    The search and seizure of 1,043 email messages associated with the email address robertmoyh@yahoo.com and dated between August 4, 2003 and December 10, 2013 and produced by the government to Mr. Mo on October 20, 2014 (the "Yahoo Email Seizure").

2.    The search and seizure of 2,805 email messages associated with the email address robertmo@gmail.com and dated between May 20, 2004 and December 9, 2013 and produced by the government to Mr. Mo on October 20, 2014 (the "Gmail Search—robertmo@gmail.com").

3.    The search and seizure of 132 email messages associated with the email address dbnnorthamerica@gmail.com and dated between January 25, 2013 and October 22, 2013 and produced by the government to Mr. Mo on October 20, 2014 (the "Gmail Search—dbnnorthamerica@gmail.com").

4.    The interception of GPS tracking coordinates for a Honda CR-V vehicle registered to Mr. Mo between May 18, 2012 and September 16, 2012 and produced by the government to Mr. Mo on January 30, 2015 (the "Honda CR-V Tracking").

5.    The interception of GPS tracking coordinates for a Ford Escape vehicle rented by Mr. Mo on September 28, 2012 at Chicago O'Hare airport between September 28, 2012 and September 30, 2012 and produced by the government to Mr. Mo on March 16, 2015 (the "Ford Escape Tracking").

{02033210.DOCX}        1

6.   The interception of 269 telephone calls spanning 48 hours associated with cellular telephone numbers 786-223-3464 and 561-989-4481, registered to Mr. Mo, between May 10, 2012 and December 3, 2013 and produced by the government to Mr. Mo as 269 audio files on October 20, 2014 (the "Cell Phone Intercepts").

7.   Eleven hours of audio recordings captured by a listening device placed in a Ford Escape vehicle rented by Mr. Mo on September 28, 2012 at Chicago O'Hare airport between September 28, 2012 and September 30, 2012 and produced by the government to Mr. Mo on March 25, 2014 (the "Ford Escape Audio Intercepts").

8.   The search of five boxes shipped by Mr. Mo via Federal Express from Orland Park, Illinois to Set Logistics Company, LTD in Hong Kong on May 11, 2012 (the "Federal Express Search").

9.   The search and seizure of 209 Secure Messaging System messages (also known as "SMS" or "text" messages) associated with cellular telephone numbers 561-989-4481 and 786-223-3464, both subscribed to by Mr. Mo and dated May 12, 2012 to October 20, 2012 (561-989-4481), December 31, 2012 to November 18, 2013 (561-989-4481) and May 12, 2012 to December 5, 2012 (786-223-3464) (the "Text Message Interception").

In its April 27, 2015 filing, the government refuses to address the substance of Mr. Mo's motion. (Dkt. No. 294). Instead, it punts – asking the Court to consider this motion "in conjunction with, or subsequent to, the government's response to defendants' Motion to Suppress Evidence Obtained Under FISA." *Id.* The Court should reject the government's request and decide this motion now.

The government has cloaked these nine searches in secrecy. It has refused even to state whether any court authorized these searches. It is certainly conceivable that the government conducted some of the searches illegally. But, without some transparency by the government, Mr. Mo has no way of knowing which, if any, it conducted without a warrant.

Mr. Mo expects that the evidence obtained from these nine searches will constitute a significant portion of the government's case-in-chief at trial. The evidence includes text messages, hundreds of recorded telephone calls, audio intercepts of conversations in

automobiles, thousands of email messages, and GPS tracking data associated with various vehicles.

The admission or exclusion of this evidence bears significantly on Mr. Mo's trial strategy and preparation.  With a September trial date looming, the government's proposal to delay consideration of this motion is unacceptable.  The government's response to Mr. Mo's FISA motion is not due until four weeks from today.  The hearing on that motion is set for July 8, little more than two months before trial.  Mr. Mo should not be forced to wait until the eve of trial to understand the most basic parameters of the government's evidence.  Accordingly, fairness dictates that the Court rule on this motion now.

Seventeen months have elapsed since Mr. Mo's arrest, and several years have elapsed since the nine challenged searches occurred.  If the government is still unprepared at this late date to disclose the basic information required for the Court to decide these motions, the Court should grant the motions and bar the government from offering the evidence at trial.

## CONCLUSION

For the foregoing reasons, the Defendant, Mo Hailong, requests that the Court grant his motion to suppress the fruits of the nine illegal searches.

WEINHARDT & LOGAN, P.C.

By _____

    Mark E. Weinhardt               AT0008280
    Holly M. Logan                 AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone:  (515) 244-3100
E-mail:  mweinhardt@weinhardtlogan.com
 hlogan@weinhardtlogan.com


MARK BECK LAW, A PROFESSIONAL
CORPORATION


By _____
Mark Beck (Admitted pro hac vice)

350 West Colorado Blvd, Suite 200
Pasadena, CA  91105
Telephone:  (626) 234-5334
Email:  mbeck@markbecklaw.com
ATTORNEYS FOR MO HAILONG, ALSO
KNOWN AS ROBERT MO

{02033210.DOCX}           4

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on _____, 2015, by

☐   United States Mail                ☐   FAX

☐   Hand Delivered                    ☐   Electronic Mail

☐   FedEx/ Overnight Carrier      ☑   CM / ECF

Jason T. Griess
United States Attorney's Office
jason.griess2@usdoj.gov

Marc Krickbaum
marc.krickbaum@usdoj.gov

Leon F. Spies
Mellon & Spies
Spieslegal@aol.com


Terry W. Bird
Bird Marella
TWB@birdmarella.com


ATTORNEYS FOR MO YUN


Signature:   _M. Baldus_____