IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING, et al.,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendant Mo Yun ("Ms. Mo") hereby requests leave of this Court to file under seal certain exhibits to her reply brief in support of her pre-trial motion *in limine* to exclude alleged excerpts of instant message conversations. In support of this motion, Ms. Mo states as follows:

1. Ms. Mo's reply briefs in support of her pretrial motions are due on May 11, 2015. She intends to timely file a number of reply briefs.

2. Some of the exhibits to one of Ms. Mo's reply briefs are documents she obtained from the government during discovery in this case.

3. The government has previously requested that any documents obtained during discovery be filed under seal. Without taking a position with regard to sealing all discovery materials later in the case and in other contexts, Ms. Mo does not object to the government's request in this instance.

WHEREFORE, Defendant Mo Yun requests that this Court grant her motion for leave to file under seal any exhibits to her reply briefs in support of her pre-trial motions which were obtained from the government during discovery in this case.

DATED: May 11, 2015

Respectfully submitted,

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *_/s/ David H. Chao_*
Terry W. Bird
Gary S. Lincenberg
Peter J. Shakow
David H. Chao

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: twb@birdmarella.com

**MELLON & SPIES, ATTORNEYS**

By: *_/s/ Leon F. Spies_*
Leon F. Spies

312 E. College Street, Suite 216
Iowa City, Iowa 52240
Telephone: (319) 337-4193
Facsimile: (319) 337-2396
Email: Spieslegal@aol.com

ATTORNEYS FOR DEFENDANT MO YUN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM EFC system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by ECF/Electronic filing.

Executed on May 11, 2015, at Los Angeles, California.

/s/ Maria Wilson

Maria Wilson
Legal Assistant
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: 310-201-2100