IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, and LIN YONG,<br><br>Defendants. | Case No. 4:13-CR-147<br><br>MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO REPLY BRIEFS (UNRESISTED) |

The Defendant, Mo Hailong ("Mr. Mo") hereby requests leave of this Court to file certain exhibits to his pre-trial suppression motions under seal. In support of his motion, Mr. Mo states as follows:

1. Mr. Mo's replies to the government's responses to his pretrial motions are due on May 11, 2015.

2. Nearly all of the exhibits to Mr. Mo's replies are documents he obtained from the government during discovery in this case.

3. The undersigned counsel has previously consulted with counsel for the government, and the government requests that any documents obtained during discovery be filed under seal. Without taking a position with regard to sealing all discovery materials later in the case and in other contexts, Mr. Mo does not object to the government's request here.

WHEREFORE, the Defendant, Mo Hailong, prays this Court for an order granting his motion for leave to file under seal any exhibits to his reply briefs which were obtained from the government during discovery in this case.

WEINHARDT & LOGAN, P.C.

By ______________________________
Mark E. Weinhardt AT0008280
Holly M. Logan AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
hlogan@weinhardtlogan.com

LAW OFFICE OF MARK BECK
By ______________________________
Mark Beck (Admitted pro hac vice)

350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com
ATTORNEYS FOR MO HAILONG, ALSO KNOWN AS ROBERT MO

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on May 11, 2015, by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ☒ CM / ECF

Jason T. Griess
U.S. Attorney's Office
jason.griess2@usdoj.gov

Marc Krickbaum
marc.krickbaum@usdoj.gov

Leon F. Spies
Mellon & Spies
Spieslegal@aol.com

Terry W. Bird
Bird Marella
TWB@birdmarella.com

ATTORNEYS FOR MO YUN

Signature: ______________________