# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE STEPHANIE M. ROSE

Case No. 4:13-cr-147 : Court Reporter: Kelli Mulcahy

: Interpreter: Chan Ping Curtis and Jane Hu

| Plaintiff(s) | Defendant(s) |
| --- | --- |
| United States of America | Mo Hailong<br>Mo Yun |

Plaintiff(s) Counsel: Jason T. Griess, Marc L. Krickbaum, Matthew R. Walczewski

Defendant(s) Counsel: Mark E. Weinhardt, Holly M. Logan, Mark E. Beck, for Mo Hailong. Leon Fred Spies, Terry W. Bird, Gary S. Lincenberg, David H. Chao for Mo Yun.

Issues before the Court: Motion Hearing

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
| --- | --- | --- |
| [233] Motion to Suppress Nine Unlawful Searches | DEFERRED | |
| [234] Motion to Suppress Evidence from Unlawful Vehicle Stops | | |
| [236] Motion to Suppress Statements | GRANTED | |
| [242] Motion fo Suppress Statements Made at LAX | | |
| [245] Motion in Limine. [253] Motion to Suppress Warrant Searches | | |

Proceedings:

9:12 Court in session. Defendant Mo Yun is personally present. Defendant Mo Hailong will participate via phone Mandarin Interpreters' Chan Ping Curtis and Jane Hu sworn. Court takes up pending motions. Defendant Mo Hailong's Motion to Suppress Statements [236] is Granted. Parties make argument in regards to [233]. Government's motion to defer [233] is Granted. Government begins with evidence. 9:44 Government calls Edward Becerril. Witness sworn. Direct-Krickbaum. 10:02 Cross-Lincenberg. 10:52 Court breaks. 11:11 Court returns. Cross continues. 11:14 Redirect. 11:21 Recross. 11:25 Witness excused. 11:26 Government calls Mark Betten. Witness sworn. Direct-Krickbaum. 11:46 Cross-Lincenberg. 12:34 Witness excused. 12:35 Court breaks.

1:34 Court returns. 1:35 Government calls Gerome Esguerra. Witness sworn. Direct-Krickbaum. 1:40 Cross-Lincenberg. 1:47 Witness excused. 1:48 Government calls Robert Burnett. Witness sworn. Direct-Griess. 2:00 Cross-Weinhardt. 2:16 Witness excused. 2:18 Government calls Cass Bollman. Witness sworn. Direct-Griess. 2:35 Cross-Weinhardt. 2:54 Redirect-Griess. 2:55 Witness excused. 2:56 Court breaks. 3:19 Court returns. 3:22 Government calls Angel Lorenzo. Witness sworn. Direct-Griess. 3:32 Cross-Weinhardt. 3:54 Witness excused. 3:55 Defendant Hailong calls Alexander Reina. Witness sworn. Direct-Weinhardt. 4:10 Cross-Griess 4:11 Witness excused. Evidence portion of proceedings concluded. 4:19 Adjourn.

Government's Exhibits: 1,2,3,4,4-1,5,5-1 admitted. Defendant Mo Yun Exhibits: A,C,D,E,F,G admitted. Defendant Mo Hailong Exhibit: MH-A admitted.

Time Start: 9:12 am

Time End: 4:19 pm

Date: May 19, 2015

/s./ K. Chrismer

Deputy Clerk