**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE STEPHANIE M. ROSE

Case No. 4:13-cr-147 : Court Reporter: Kelli Mulcahy
: Interpreter: Chan Ping Curtis and Jane Hu

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Mo Hailong<br>Mo Yun |

Plaintiff(s) Counsel: Jason T. Griess, Marc L. Krickbaum, Matthew R. Walczewski

Defendant(s) Counsel: Mark E. Weinhardt, Holly M. Logan, Mark E. Beck, for Mo Hailong. Leon Fred Spies, Terry W. Bird, Gary S. Lincenberg, David H. Chao for Mo Yun.

Issues before the Court: Motion Hearing

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| [234] Motion to Suppress Evidence from Unlawful Vehicle Stops | DENIED | |
| [242] Motion to Suppress Statements Made at LAX | GRANTED | |
| [245] Motion in Limine | | ✔ |
| [253] Motion to Suppress Warrant Searches | DENIED in Part/DEFERRED in Part | |

Proceedings:

9:02 Court in session. Defendant Mo Yun personally present. Defendant Mo Hailong will participate via phone. Mandarin Interpreters' Chan Ping Curtis and Jane Hu sworn. 9:05 Government-Krickbaum presents argument in regards to [242] Motion to Suppress Statements Made at LAX. 9:23 Defendant Mo Yun-Lincenberg presents argument in regards to [242]. 9:50 Defendant Mo Yun's Motion to Suppress Statements Made at LAX [242] is Granted. 9:56 Government-Krickbaum presents argument in regards to [234] Motion to Suppress Evidence from Unlawful Vehicle Stops. 9:59 Defendant Mo Hailong-Weinhardt presents argument in regards to [234]. 10:17 [234] Motion to Suppress Evidence from Unlawful Vehicle Stops is Denied. 10:22 Government-Krickbaum presents argument in regards to [253] Motion to Suppress Warrant Searches relating to the search of the home and office. 10:44 Court breaks. 11:01 Court returns. 11:02 Defendant Mo Hailong-Weinhardt presents argument in regards to [253] relating to the search of the home and office. 12:06 Court breaks.

1:09 Court returns. 1:10 Government-Krickbaum presents argument in regards to [253] Motion to Suppress Warrant Searches relating to "Yahoo" account. 1:19 Defendant Mo Hailong-Weinhardt presents argument in regards to [253] relating to "Yahoo" account. 1:26 Government-Krickbaum presents argument in regards to [253] Motion to Suppress Warrant Searches relating to "I-Cloud" account. 1:36 Defendant Mo Hailong-Weinhardt presents argument in regards to [253] relating to "I-Cloud" account. 1:39 Government-Krickbaum presents argument in regards to [253] relating to "T-Mobile" phone. 1:45 Defendant Mo Hailong-Weinhardt presents argument in regards to [253] relating to "I-Cloud" account. [253] is Denied in Part/Deferred in Part. 2:03 Government-Griess presents argument in regards to [245]. 2:12 Defendant Mo Yun-Lincenberg presents argument in regards to [245]. 2:29 Government-Griess presents rebuttal in regard to [245]. [245] is taken under advisement. 2:34 Defendant Mo Hailong-Weinhardt makes argument in regards to Franks hearing. 2:37 Defendant Mo Yun-Bird makes argument in regards to Franks hearing. Court takes up other pending matters. Adjourn.

Court to retain exhibits until pending motions have been ruled.

Time Start: 9:02 am
Time End: 2:58 pm
Date: May 20, 2015

/s./ K. Chrismer
Deputy Clerk