# EXHIBIT LIST in USA v. Mo Hailong and Mo Yun
## 4:13-cr-147

### Government's Exhibits

| No. | Date | Description | I | O | Obj | R | RSO | OS |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/19/2015 | Photo-LAX Terminal | X | X | | X | | |
| 2 | 5/19/2015 | Excerpts of Chats | X | X | | X | | |
| 3 | 5/19/2015 | Trip Log | X | X | | X | | |
| 4 | 5/19/2015 | Photo of Farm Field-Marked by Robert Burnett | X | X | | X | | |
| 4-1 | 5/19/2015 | Photo of Farm Field-Marked by Cass Bollman | X | X | | X | | |
| 5 | 5/19/2015 | Photo-Chicago Intersection-Marked by Angel Lorenzo | X | X | | X | | |
| 5-1 | 5/19/2015 | Photo-Chicago Intersection-Marked by Alexander Reina | X | X | | X | | |

### Defendant's Exhibits-Mo Yun

| No. | Date | Description | I | O | Obj | R | RSO | OS |
|---|---|---|---|---|---|---|---|---|
| A | 5/19/2015 | Transcript of LAX Interview-Under Seal | X | X | | X | | |
| C | 5/19/2015 | Demonstrative-Officer Becerril-Diagram of Terminal 2 Gate Area | X | X | | X | | |
| D | 5/19/2015 | FBI 302 Report-7/11/2014-Under Seal | X | X | | X | | |
| E | 5/19/2015 | Photograph of Mo Yun and Daughter-Under Seal | X | X | | X | | |
| F | 5/19/2015 | FBI 302 Report-7/8/2014 | X | X | | X | | |
| G | 5/19/2015 | Demonstrative-Agent Betten-Diagram of Terminal Area | X | X | | X | | |

### Defendant's Exhibits-Mo Hailong

| No. | Date | Description | I | O | Obj | R | RSO | OS |
|---|---|---|---|---|---|---|---|---|
| MH-A | 5/19/2015 | Field Interrogation Report (Government A1 added to Complete the Report) | X | X | | X | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = admitted by pretrial order