IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LI SHAOMING, MO HAILONG, also known as Robert Mo, WANG LEI, WANG HONGWEI, YE JIAN, and LIN YONG,<br><br>Defendants. | Case No. 4:13-CR-147<br><br>MOTION FOR LEAVE TO FILE UNDER SEAL PROTECTIVE ORDER ACKNOWLEDGEMENT FORMS (UNRESISTED) |

The Defendant, Mo Hailong ("Mr. Mo") hereby requests leave of this Court to file the signed Protective Order Acknowledgement Forms under seal. In support of his motion, Mr. Mo states as follows:

1. The Protective Order entered in this matter required other defense counsel and staff who work under the direction of defense counsel of record to sign Acknowledgement Forms.

2. These forms contain the names and identities of all counsel and staff working on this matter. This information is confidential for reasons previously explained to the Court.

3. The undersigned counsel has previously consulted with counsel for the government, and the government agrees that these documents should be filed under seal.

WHEREFORE, the Defendant, Mo Hailong, prays this Court for an order granting his motion for leave to file under seal all Acknowledgement Forms signed regarding the Protective Order entered in this case.

WEINHARDT & LOGAN, P.C.

By /s/ Mark E. Weinhardt
Mark E. Weinhardt AT0008280
Holly M. Logan AT0004710

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
hlogan@weinhardtlogan.com

MARK BECK LAW, A PROFESSIONAL CORPORATION

By /s/ Mark Beck
Mark Beck (Admitted pro hac vice)

350 West Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: (626) 234-5334
Email: mbeck@markbecklaw.com

ATTORNEYS FOR MO HAILONG, ALSO KNOWN AS ROBERT MO

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on 5/29, 2015, by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ☒ CM / ECF

Jason T. Griess
U.S. Attorney's Office
jason.griess2@usdoj.gov

Marc Krickbaum
marc.krickbaum@usdoj.gov

Leon F. Spies
Mellon & Spies
Spieslegal@aol.com

Terry W. Bird
Bird Marella
TWB@birdmarella.com

ATTORNEYS FOR MO YUN

Signature: M. Baldus