IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. 4:13-CR-00147 |
| v. ) | |
| ) | |
| MO HAILONG, and ) | |
| MO YUN ) | |
| Defendants. ) | |

### GOVERNMENT'S MOTION TO EXTEND DEADLINE
### TO FILE SUPPLEMENTAL BRIEFS

The UNITED STATES OF AMERICA files the following motion requesting that the court extend the deadline to file supplemental briefing on defendant Mo Yun's motion in limine to exclude alleged excerpts of instant message conversations (Dkt. 245).

1. During the May 20, 2015 suppression hearing on the above entitled motion, the court expressed interest in receiving supplemental briefing from the parties. The court verbally ordered any supplemental briefing be filed within ten days.

2. The government requests that the court issue an order extending, by an additional seven days, the deadline to file supplemental briefing on defendant Mo Yun's motion in limine to exclude alleged excerpts of instant message conversations.

3. This request is made for the purpose of allowing the parties an adequate opportunity to consider and brief additional authorities for the court's consideration.

1

4.      Attorneys for defendant, Mo Yun, have no objection to this request.

5.      WHEREFORE, the United States respectfully requests that the Court extend the deadline for filing supplemental briefing on defendant Mo Yun's motion in limine to exclude alleged excerpts of instant message conversations to June 8, 2015.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By:     /s/ [signature]

Jason Griess
Marc Krickbaum
Assistant United States Attorneys
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Jason.Griess2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:

___ U.S. Mail ___ Fax ___ Hand Delivery

_X_ ECF/Electronic filing ___ Other means (email)

UNITED STATES ATTORNEY

By:   /s/   J. Beane
      Legal Assistant

2