IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 4:13-CR-00147 |
| v. | ) | |
| | ) | |
| MO HAILONG, and | ) | |
| MO YUN | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S UNCLASSIFIED OPPOSITION TO DEFENDANTS' MOTIONS TO SUPPRESS EVIDENCE OBTAINED UNDER FISA AND THE FRUITS OF SUCH EVIDENCE, AND FOR DISCLOSURE OF FISA APPLICATIONS, ORDERS, AND RELATED MATERIALS, AND GOVERNMENT'S MOTION TO FILE OVERLENGTH BRIEF**

In response to defendant's motions to suppress evidence obtained under FISA and the fruits of such evidence (Doc. 224), and for disclosure of FISA applications, orders, and related materials (Doc. 225), the government requests permission to file an overlength brief.

1. On March 13, 2015, defendant Mo Hailong filed a motion to suppress evidence obtained under FISA and the fruits of such evidence and a motion for disclosure of FISA applications, orders, and related materials. On April 9, 2015, defendant Mo Yun joined Mo Hailong's motion to suppress.

2. The government opposes the motions, and is filing two briefs in response (one classified and one unclassified). The government's unclassified brief, which is attached as Exhibit 1, is longer than twenty pages.

3. There is good cause for the government's request to file an overlength

brief. Defendants' motions raise complex issues, which are addressed in the attached brief as fully as possible in unclassified form.

**CONCLUSION**

Therefore, for the reasons stated in the attached brief and the classified brief filed separately, the court should deny defendant's motions to suppress evidence obtained under FISA and the fruits of such evidence and for disclosure of FISA applications, orders, and related materials. The court should also grant the government's motion to file an overlength brief.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: */s/ Marc Krickbaum*

Jason Griess
Marc Krickbaum
Assistant United States Attorneys
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: jason.griess@usdoj.gov

*/s/ Matthew Walczewski*

Matthew Walczewski
Trial Attorney
U.S. Department of Justice
600 E Street NW
Washington, DC 20004
Tel: (202) 233-0986

Fax: (202) 233-2146
Email: matthew.walczewski@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:

____ U.S. Mail ____ Fax ____ Hand Delivery

_X_ ECF/Electronic filing ___ Other means (email)

UNITED STATES ATTORNEY

By: *   /s/     Marc Krickbaum*
Assistant United States Attorney