IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI SHAOMING; MO HAILONG aka Robert Mo; WANG LEI; WANG HONGWEI; YE JIAN; LIN YONG; and MO YUN,<br><br>Defendants. | Criminal No. 4:13-cr-147<br><br>**DECLARATION OF GARY S. LINCENBERG IN SUPPORT OF DEFENDANT MO YUN'S MOTION TO DISMISS INDICTMENT** |

I, Gary S. Lincenberg, declare as follows:

1. I am a partner at the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., and represent Defendant Mo Yun in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Exhibit 1 hereto is a true and correct copy of the excerpts referenced in paragraphs 28 and 29 of the Second Superseding Indictment.

3. Exhibit 2 hereto is a true and correct copy of the excerpt dated July 24, 2007, cited in Footnote 1 of the Memorandum of Points and Authorities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 6, 2015, in Los Angeles, California.

*/s/ Gary S. Lincenberg*
Gary S. Lincenberg

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by ECF/Electronic filing.

Executed on July 6, 2015, at Los Angeles, California.

*/s/ Karen M. Minutelli*

Karen M. Minutelli
Legal Assistant
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100