

**U. S. Department of Justice**

*United States Attorney*
*Southern District of Iowa*

U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309-2053
Telephone (515) 473-9300
Fax (515) 473-9288

May 22, 2015

Mark E. Weinhardt
2600 Grand Avenue, Suite 450
Des Moines, IA 50312

Terry W. Bird
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

Re: *United States v. Mo Hailong and Mo Yun*, 4:13-cr-147

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), this letter provides notice that we intend to call Dr. Geoff Graham and Dr. Matthew Smalley as expert witnesses at trial. This disclosure applies to the extent their testimony constitutes expert testimony. Dr. Graham is Vice President of Hybrid Product Development and Crop Genetics and Development for Pioneer Hi-Bred International, Inc. (Pioneer). Dr. Smalley is Research Director and North America Maize Product Development for Pioneer. A copy of their curriculum vitae is attached. What follows is a summary of the topics Graham and Smalley will address in their testimony. It is only a summary, and it is not an exhaustive description of every detail of their expected testimony.

Graham and Smalley will testify about Pioneer's breeding program, Pioneer's development of inbred and hybrid corn seeds, the value of Pioneer's inbred and hybrid corn seeds (including the value and significance of the inbred and hybrid corn seed allegedly stolen by the defendants), and the manner in which Pioneer protects intellectual property and trade secrets.

EXHIBIT 2

1

Graham and Smalley will testify about the resources, time, labor, analysis and research that constitute the process of developing the qualities and traits contained in the inbred and hybrid corn seed (the trade secrets).  Graham and Smalley will also testify about the market value of the end product (the corn seeds) developed and produced by Pioneer.

If we obtain more information about the testimony of Graham and Smalley, we will produce it to you as we receive it.  If you have questions about the material in this disclosure, please contact us.

Sincerely,

Nicholas A. Klinefeldt
United States Attorney


By: */s Jason T. Griess*
Jason T. Griess
Assistant United States Attorney

855 Westwoods Dr. • Waukee, IA, 50263•geoff.graham@pioneer.com

# Geoffrey Graham

## Objective

My career goals have centered about delivering superior performing agricultural hybrids by developing and incorporating new technologies to plant breeding and product development.

## Employment History

| | | |
|---|---|---|
| Sept 2014 to present | Vice-President<br>Global Hybrid Crops | DuPont Pioneer, Johnston, IA |
| Jan 2013 to Aug 2014 | Vice-President<br>One Corn | DuPont Pioneer, Johnston, IA |
| Nov 2011 to Dec 2012 | Vice-President<br>America's Maize | DuPont Pioneer, Johnston, IA |
| Jan 2008 to Nov 2011 | Sr. Research Director<br>North America Maize | DuPont Pioneer, Johnston, IA |
| Mar 2006 to Dec 2007 | Research Director<br>Maize Molecular Breeding | DuPont Pioneer, Johnston, IA |
| Jun 2005 to Mar 2006 | Sr. Scientist<br>North America Maize | DuPont Pioneer, Johnston, IA |
| Apr 2000 to June 2005 | Scientist<br>Associative Genetics | DuPont Pioneer, Johnston, IA |
| Apr 2000 to June 2005 | Scientist<br>Maize Breeder | Monsanto, Newburgh, IN |

## Awards

| | |
|---|---|
| 2007 Gene Dalton Award | Maize Diversity Projects |
| 2009 Henry Wallace Award | Maize Doubled Haploid Team |
| 2010 Henry Wallace Award | Molecular Breeding Systems Team |

## Education

| | | |
|---|---|---|
| May 1991 | B.S. Agronomy | Univ. of MN, St Paul, MN |
| Dec 1993 | M.S. Plant Breeding | Univ. of MN, St Paul, MN |
| Apr 1996 | Ph.D. Genetics | NC State, Raleigh, NC |

geoff.graham@pioneer.com

# Geoffrey Graham

## Publications

Cooper M., Messina C.D., Podlich D., Totir L.R., Baumgarten A., Hausmann N.J., Wright D., Graham G. Predicting the future of plant breeding: Complementing empirical evaluation with genetic prediction. 2014. Crop and Pasture Science

Smith J.S.C., Hussain T., Jones E.S., Graham G., Podlich D., Wall S., Williams M. Use of doubled haploids in maize breeding: Implications for intellectual property protection and genetic diversity in hybrid crops. 2008. Molecular Breeding

LeDeaux J.R., Graham G.I., Stuber C.W. Stability of QTLs involved in heterosis in maize when mapped under several stress conditions. 2006. Maydica

Cooper M., Smith O.S., Graham G., Arthur L., Feng L., Podlich D.W. Genomics, genetics, and plant breeding: A private sector perspective. 2004. Crop Science

Graham G.I., Wolff D.W., Stuber C.W. Characterization of a yield quantitative trait locus on chromosome five of maize by fine mapping. 1997. Crop Science

Kozumplik V., Pejic I., Senior L., Pavlina R., Graham G., Stuber C.W. Use of molecular markers for QTL detection in segregating maize populations derived from exotic germplasm. 1996. Maydica

# MATTHEW D. SMALLEY

## EDUCATION

**Ph.D., Plant breeding, IOWA STATE UNIVERSITY,** December 2002 — Ames, IA
**M.S., Plant breeding, IOWA STATE UNIVERSITY,** August 2000
**B.S. Agronomy/Seed Science**, **IOWA STATE UNIVERSITY,** May 1998

## EXPERIENCE

**DUPONT PIONEER** — Johnston, IA
**Research Director – North America Maize Product Development** — 08/2013 – Current
- Direct corn breeding in North America

**DUPONT PIONEER** — Mankato, MN
**Research Director – Northern Business Unit** — 03/2011 – 08/2013
- Directed corn breeding in upper midwest region
- Led corn breeding program focused on inbred and hybrid development for Southern MN

**DUPONT PIONEER** — Windfall, IN
**Senior Research Manager** — 08/2008 – 03/2011
- Served as breeding lead for all corn breeding programs in Northeastern US
- Led corn breeding program focused on inbred and hybrid development for Eastern US and Canada

**DUPONT PIONEER** — Windfall, IN
**Research Scientist** — 08/2002 – 08/2008
- Led corn breeding program focused on inbred and hybrid development for Eastern US and Canada

## SELECTED PUBLICATIONS AND PATENTS

- **M.D. Smalley**, J.L. Daub and A.R. Hallauer. Estimation of heritability in maize by parent-offspring regression. Maydica 2004 49:221-229.
- **M.D. Smalley**, W.R. Fehr, S.R. Cianzio, F. Han, S.A. Sebastian and L.G. Steit. Quantitative trait loci for soybean seed yield in elite and plant introduction germplasm. Crop Sci 2004 44:436-442.
- F.A. van Eeuwijk, M. Boer, L.R. Totir, M. Bink, D. Wright, C.R. Winkler, D. Podlich, K. Boldman, A. Baumgarten, **M. Smalley**, M. Arbelbide, C.J.F. ter Braak, M. Cooper. Mixed model approaches for the identification of QTLs within a maize hybrid breeding program. Theor Appl Genet 2010 120:429-440.
- **M.D. Smalley.** Maize variety X6N727. US Patent 7700855 B1. Apr 20, 2010.
- **M.D. Smalley** and M.J. O'Leary. Maize variety hybrid X7P254. US Patent 7977552 B1. Jul 12, 2001.
- **M.D. Smalley**. Maize variety PH12K5. US Patent 8044282 B1. Oct 25, 2011.
- T.E. Piper, J.R. Hotchkiss, **M.D. Smalley** and J.K. Gogerty. Maize hybrid variety X7N819. US Patent 8263825 B1. Sept 11, 2012.
- **M.D. Smalley**. Maize variety PHW2Z. US Patent 7932447 B1. Apr 26, 2011.
- **90 additional** Maize variety and Maize variety hybrid patents issued but not listed here.

## AWARDS

2012 Don Duvick Corn Inbred of the Year Award – North America, Northeast Region
2012 Don Duvick Corn Inbred of the Year Award – North America, Overall Winner
2012 Don Duvick Corn Inbred of the Year Award – Worldwide Winner
2012 Don Duvick Corn Hybrid of the Year Award – North America, Northeast Region
2013 Don Duvick Corn Inbred of the Year Award – North America, Northeast Region
2013 Don Duvick Corn Hybrid of the Year Award – North America, Central Region
2013 Don Duvick Corn Hybrid of the Year Award – North America, Canada Region
2013 Don Duvick Corn Hybrid of the Year Award – North America, Northeast Region
2014 Don Duvick Corn Hybrid of the Year Award – North America, Eastern Region
2013 John Hoffbeck Million Unit Club Award
2014 John Hoffbeck Million Unit Club Award