IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 4:13-cr-00147-SMR-CFB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MO HAILONG, also known as Robert Mo, | ) | |
| | ) | |
| Defendant. | ) | |

On January 27, 2016, following entry of Defendant's guilty plea and because of the nature of this case, the Court issued directives concerning the preparation of the Presentence Investigation Report. A summary of the directives is set forth below.

The Government shall prepare a comprehensive offense conduct statement detailing the facts of this case from the Government's perspective. That offense conduct statement should reference and cite to specific pieces of evidence in discovery that supports each factual statement. The documents, recordings, or other items cited in the offense conduct statement should be duplicated and appended to the offense conduct statement, or culled from discovery and provided to the United States Probation Office on a thumbdrive, CD, or DVD. This offense conduct statement shall be **FILED UNDER SEALED** by not later than **March 11, 2016**. An electronic version of this offense conduct statement, in Microsoft Word, shall be delivered to the United States Probation Office on a thumbdrive or disk the same day it is filed.

If Defendant wishes to submit his version of the facts, his offense conduct statement should also reference and cite to specific pieces of evidence in discovery that supports each factual statement. The documents, recordings, or other items cited in the offense conduct statement should

be duplicated and appended to the offense conduct statement, or culled from discovery and provided to the United States Probation Office on a thumbdrive, CD, or DVD. This offense conduct statement shall also be **FILED UNDER SEAL** by not later than **March 11, 2016**. An electronic version of this offense conduct statement, in Microsoft Word, shall be delivered to the United States Probation Office on a thumbdrive or disk the same day it is filed.

No Order is needed to file the offense conduct statement(s) under seal.

On **Monday, April 11, 2016, at 9:00 a.m.**, the Court will hold a status conference with the parties and the United States Probation Officer. At the status conference, a sentencing date will be set. Defendant may attend the status conference at his option.

IT IS SO ORDERED.

Dated this 11th day of February, 2016.

STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE